Robert L. Epstein (RE 8941)
Jason M. Drangel (JD 7204)
William C. Wright (WW 2213)
Brian E. Hennessey (BH 7896)
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2410
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391



11 CV 1808

RECEIVED
MAR 16 2011
U.S.D.C. S.D. N.Y.
COMPLETED

*Attorneys for Plaintiffs*
*Arrivalstar S.A. and Melvino Technologies Limited*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | |
| Plaintiffs, | Case No.: |
| vs. | |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited (collectively,

"ArrivalStar" or "Plaintiffs"), by and through their undersigned attorneys, for their complaint

against defendant the Port Authority of New York and New York ("Port Authority")(the

Port Authority is referred to herein as "Defendant") hereby allege as follows:

**NATURE OF LAWSUIT**

1.       This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

**THE PARTIES**

2.       ArrivalStar S.A. is a corporation organized under the laws of Luxembourg and having offices at 67 Rue Michel, Welter L-2730, Luxembourg.

3.       Melvino Technologies Limited is a corporation organized under the laws of the British Virgin Island of Tortola, having offices at P.O. Box 3152, RG Hodge Building, Road Town, Tortola, British Virgin Islands.

4.       ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,317,060 ("the '060 patent"), entitled "Base station system and method for monitoring travel of mobile vehicles and communicating notification messages," issued November 13, 2001. A copy of the '060 patent is annexed hereto as Exhibit A.

5.       ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,030,781 ("the '781 patent"), entitled "Notification system and method that informs a party of vehicle delay," issued April 18, 2006. A copy of the '781 patent is annexed hereto as Exhibit B.

6.       Defendant Port Authority is an authority created by a compact between the States of New York and New Jersey in 1921 with the consent of Congress of the United States of America with a place of business at 225 Park Avenue South, New York, New York

- 2 / 4 -

10003. The Port Authority transacts business and has, at a minimum, offered to provide
and/or provided in this judicial district and throughout the State of New York services that
infringe claims of the '060 and '781 patents.

7.      Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

## DEFENDANT PORT AUTHORITY'S ACTS OF PATENT INFRINGEMENT

8.      Defendant Port Authority has infringed claims of the '060 and '781 patents
through, among other activities, the use of the Port Authority's PATHAlerts system.

9.      Defendant Port Authority's infringement has injured and will continue to
injure ArrivalStar unless and until this Court enters an injunction prohibiting further
infringement and, specifically, enjoining further use of methods and systems that come
within the scope of the '060 and '781 patents.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court to enter judgment against the Defendant, and
against their subsidiaries, affiliates, agents, servants, employees and all persons in active
concert or participation with them, granting the following relief:

A.      An award of damages adequate to compensate ArrivalStar for the
infringement that has occurred, together with prejudgment interest from the date that
Defendant's infringement of the ArrivalStar patents began;

B.      Increased damages as permitted under 35 U.S.C. § 284;

C.      A finding that this case is exceptional and an award to ArrivalStar of its
attorneys' fees and costs as provided by 35 U.S.C. § 285;

D.     A permanent injunction prohibiting further infringement, inducement and contributory infringement of the ArrivalStar patents; and

E.     Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

ArrivalStar demands a trial by jury on all issues presented in this Complaint.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

Dated:   March 15, 2011           By:_____

Robert L. Epstein (RE 8941)
Jason M. Drangel (JD 7204)
William C. Wright (WW 2213)
Brian E. Hennessey (BH 7896)
60 East 42nd Street, Suite 2410
New York, NY 10165
Tel: 212-292-5390
Fax: 212-292-5391

**ATTORNEYS FOR PLAINTIFFS
ARRIVALSTAR S.A. and
MELVINO TECHNOLOGIES LIMITED**

**Index of Exhibits**

Exhibit A…………………………….....U.S. Patent No. 6,317,060

Exhibit B…………………………….....U.S. Patent No. 7,030,781

# EXHIBIT A

US006317060B1

## (12) United States Patent
Jones

(10) Patent No.: **US 6,317,060 B1**
(45) Date of Patent: **\*Nov. 13, 2001**

(54) **BASE STATION SYSTEM AND METHOD FOR MONITORING TRAVEL OF MOBILE VEHICLES AND COMMUNICATING NOTIFICATION MESSAGES**

(75) Inventor: **Martin Kelly Jones**, Vancouver (CA)

(73) Assignee: **Global Research Systems, Inc.**, Rome, GA (US)

(\*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/516,577**

(22) Filed: **Mar. 1, 2000**

### Related U.S. Application Data

(60) Provisional application No. 60/122,482, filed on Mar. 1, 1999.

(51) Int. Cl.[7] .................................................. G08G 1/123
(52) U.S. Cl. ......................... **340/994**; 340/989; 340/993; 701/204
(58) Field of Search .................................. 340/994, 982, 340/989, 990, 991, 995, 906, 907, 539, 993; 701/204, 205, 206, 207, 208, 302

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 35,920 | 10/1998 | Sorden et al. | 342/457 |
| 4,220,946 | 9/1980 | Henriot | 340/994 |
| 4,713,661 | 12/1987 | Boone et al. | 340/994 |
| 4,791,571 | 12/1988 | Takahashi et al. | 701/117 |
| 4,799,162 | 1/1989 | Shinkawa et al. | 701/117 |
| 4,804,937 | 2/1989 | Barbiaux et al. | 340/459 |
| 4,812,843 | 3/1989 | Champion, III et al. | 340/905 |
| 4,857,925 | \* 8/1989 | Brubaker | 340/994 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2 559 930 | 8/1985 | (FR) . |
| 2674355 | 9/1992 | (FR) . |
| 52066175 | 6/1977 | (JP) . |
| 63288400 | 11/1988 | (JP) . |

*Primary Examiner*—Benjamin C. Lee
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

A vehicle monitoring and notification system includes a route handler, a schedule monitor, and a communication handler. The schedule monitor determines when users should receive notification messages based on data that indicates when vehicles are expected to arrive at certain locations. The route handler communicates with vehicle control units on board vehicles to determine whether and how much any of the vehicles are off schedule. If any of the vehicles are off schedule, the route handler updates the data monitored by the schedule monitor to change when the schedule monitor determines that notification messages should be received by the users. Once the schedule monitor determines that a user should receive a notification message, the schedule monitor transmits a notification request to the communication handler. The communication handler then establishes communication with a communication device associated with the user and transmits a notification message to the user. Therefore, the user is warned of an impending arrival of a vehicle at a particular location.

**23 Claims, 11 Drawing Sheets**



**US 6,317,060 B1**
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,956,777 | 9/1990 | Cearley et al. | 401/24 |
| 5,006,847 * | 4/1991 | Rush et al. | 340/994 |
| 5,014,206 | 5/1991 | Scribner et al. | 701/207 |
| 5,068,656 | 11/1991 | Sutherland | 340/989 |
| 5,122,959 | 6/1992 | Nathanson et al. | 701/117 |
| 5,131,020 | 7/1992 | Liebesny et al. | 455/427 |
| 5,168,451 * | 12/1992 | Bolger | 701/117 |
| 5,218,629 | 6/1993 | Dumond, Jr. et al. | 455/572 |
| 5,223,844 | 6/1993 | Mansell et al. | 342/357.07 |
| 5,243,529 * | 9/1993 | Kashiwazaki | 701/208 |
| 5,299,132 | 3/1994 | Wortham | 455/457 |
| 5,351,194 | 9/1994 | Ross et al. | 455/456 |
| 5,381,338 | 1/1995 | Wysocki et al. | 701/207 |
| 5,400,020 | 3/1995 | Jones | 340/994 |
| 5,440,489 * | 8/1995 | Newman | 701/20 |
| 5,444,444 | 8/1995 | Ross | 340/994 |
| 5,461,374 | 10/1995 | Lewiner et al. | 340/994 |
| 5,483,234 * | 1/1996 | Carreel | 340/994 |
| 5,483,454 * | 1/1996 | Lewiner et al. | 701/200 |
| 5,493,295 | 2/1996 | Lewiner et al. | 340/994 |
| 5,493,694 | 2/1996 | Vlcek et al. | 455/521 |
| 5,515,421 | 5/1996 | Sikand et al. | 379/88.21 |
| 5,519,621 | 5/1996 | Wortham | 455/99 |
| 5,539,810 | 7/1996 | Kennedy, III et al. | 379/88.25 |
| 5,544,225 | 8/1996 | Kennedy, III et al. | 455/412 |
| 5,546,444 | 8/1996 | Roach, Jr. et al. | 455/412 |
| 5,587,715 | 12/1996 | Lewis | 342/357.03 |
| 5,594,650 | 1/1997 | Shah et al. | 701/207 |
| 5,602,739 | 2/1997 | Haagenstad et al. | 701/117 |
| 5,623,260 | 4/1997 | Jones | 340/994 |
| 5,648,770 | 7/1997 | Ross | 340/994 |
| 5,652,707 | 7/1997 | Wortham | 455/456 |
| 5,657,010 | 8/1997 | Jones | 340/994 |
| 5,668,543 | 9/1997 | Jones | 340/994 |
| 5,673,305 | 9/1997 | Ross | 455/577 |
| 5,719,771 | 2/1998 | Buck et al. | 455/456 |
| 5,724,243 | 3/1998 | Westerlage et al. | 455/456 |
| 5,736,940 | 4/1998 | Burgener | 340/994 |
| 5,739,774 | 4/1998 | Olandesi | 340/994 |
| 5,751,245 | 5/1998 | Janky et al. | 342/357.07 |
| 5,760,742 | 6/1998 | Branch et al. | 342/457 |
| 5,771,455 | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,808,565 | 9/1998 | Matta et al. | 340/994 |
| 5,987,377 * | 11/1999 | Westerlage et al. | 701/204 |
| 6,006,159 | 12/1999 | Schmier et al. | 701/200 |
| 6,134,501 | 10/2000 | Oumi | 701/209 |
| 6,137,425 * | 10/2000 | Oster et al. | 340/994 |
| 6,178,378 * | 1/2001 | Leibold | 701/202 |

* cited by examiner



Fig. 1



# Fig. 2



**Fig. 3**



**FIG. 4**



**Fig. 5**

81

|  | TIME | Contact Information | Vechicle ID |
|---|---|---|---|
| Entry 1 | 6:30 | 1235670987 | 1112 |
| Entry 2 | 9:15 | 1235290945 | 2034 |
| Entry 3 | 12:45 | 1235467867 | 1390 |
| Entry 4 | 15:30 | 1234342313 | 0999 |

# FIG. 6



**FIG. 7**

**FIG. 8**



**FIG. 9**



**FIG. 10**

Case 1:11-cv-01808-RWS   Document 1   Filed 03/16/11   Page 18 of 50



**FIG. 11**

Case 1:11-cv-01808-RWS   Document 1   Filed 03/16/11   Page 19 of 50



**FIG. 12**

US 6,317,060 B1

| 1 | 2 |

# BASE STATION SYSTEM AND METHOD FOR MONITORING TRAVEL OF MOBILE VEHICLES AND COMMUNICATING NOTIFICATION MESSAGES

## CLAIM OF PRIORITY AND CROSS REFERENCE TO RELATED APPLICATIONS

This document claims priority to U.S. provisional patent application entitled "BASE STATION APPARATUS AND METHOD FOR MONITORING TRAVEL OF MOBILE VEHICLE," assigned Ser. No. 60/122,482 and filed on Mar. 1, 1999, which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention generally relates to vehicle monitoring and messaging systems and, in particular, to a vehicle monitoring system and method capable of communicating a plurality of notification messages to warn users of impending arrivals of vehicles.

### 2. Related Art

U.S. Pat. No. 5,400,020, entitled "Advance Notification System and Method," which is incorporated herein by reference, describes a system and method for communicating notification messages to users to warn the users of impending arrivals of vehicles. In this regard, each vehicle associated with the system is equipped with a tracking sensor, which is used to determine the location of the vehicle. Location signals indicating the location of the vehicle as the vehicle travels are transmitted to a base station control unit, which monitors the travel of the vehicle. When the vehicle is within a predefined time or distance of a particular location, the base station control unit transmits a notification message to a user. Therefore, the user is warned of the impending arrival of the vehicle at the particular location.

However, the base station control unit may be used to monitor the travel of a large number of vehicles or may be used to warn a large number of users of impending arrivals of a vehicle or vehicles. Furthermore, servicing a large number of vehicles and/or users may result in the need to simultaneously transmit a large number of notification messages. Accordingly, the ability to efficiently process data for a large number of vehicles and/or users and to efficiently transmit a large number of notification messages is critical in many applications.

Thus, a heretofore unaddressed need exists in the industry for better systems, apparatuses, and methods for accurately and efficiently tracking and/or reporting the status of mobile vehicles as the vehicles travel.

## SUMMARY OF THE INVENTION

The present invention overcomes many inadequacies and deficiencies of the prior art, as discussed hereinbefore. In general, the present invention provides an automated computer-based apparatus and method for monitoring travel of vehicles and for efficiently communicating notification messages to warn users of impending arrivals of the vehicles.

In a broad sense, the automated computer-based apparatus of the present invention includes a route handler, a schedule monitor, and a communication handler. The schedule monitor determines when users should receive notification messages based on data that indicates when vehicles are expected to arrive at certain locations. The route handler communicates with vehicle control units on board the vehicles to determine how much any of the vehicles are off schedule. If any of the vehicles are off schedule, the route handler updates the data monitored by the schedule monitor to change when the schedule monitor determines that the notification messages should be received by the users.

Once the schedule monitor determines that a user should receive a notification message, the schedule monitor transmits a notification request to the communication handler. The communication handler then establishes communication with a communication device associated with the user and transmits a notification message to the user. Therefore, the user is warned of an impending arrival of a vehicle at a particular location.

In accordance with another feature of the present invention, the route handler selects portions of the data that are associated with notification events expected to occur during a particular time period. During the particular time period, the schedule monitor monitors the selected data to determine whether any notification messages should be received by users during the particular time period.

In accordance with another feature of the present invention, the communication handler stores the notification request and determines a number of notification requests stored by the communication handler. The communication handler then compares this number to a number of notification requests stored by another communication handler and transmits the notification request to the other communication handler if the difference in the two numbers exceeds a predefined threshold.

Other features and advantages of the present invention will become apparent to one skilled in the art upon examination of the following detailed description, when read in conjunction with the accompanying drawings. It is intended that all such features and advantages be included herein within the teachings of the present invention, as set forth herein and as sought to be protected by the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention can be better understood with reference to the following drawings. The elements of the drawings are not necessarily to scale relative to each other, emphasis instead being placed upon clearly illustrating the principles of the invention. Furthermore, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a block diagram illustrating a vehicle tracking system employed within the context of an advance notification system in accordance with the present invention.

FIG. 2 is a block diagram illustrating an implementation of the vehicle control unit of FIG. 1 in accordance with the present invention.

FIG. 3 is a block diagram illustrating a computer implementing the functionality of the vehicle control unit of FIG. 2 in accordance with the present invention.

FIG. 4 is a block diagram illustrating an implementation of the base station control unit of FIG. 1 in accordance with the present invention.

FIG. 5 is a block diagram illustrating a computer implementing the functionality of the master computer depicted in FIG. 4 in accordance with the present invention.

FIG. 6 is a schematic illustrating an exemplary list of notification events generated by the route handler of FIG. 5.

FIG. 7 is a block diagram illustrating a computer implementing the functionality of the slave computers depicted in FIG. 4 in accordance with the present invention.

3

FIG. 8 is a block diagram illustrating a more detailed view of the communication handler depicted in FIG. 7.

FIG. 9 is a flow chart illustrating the architecture, functionality, and operation of the route handler of FIG. 5.

FIG. 10 is a flow chart illustrating the architecture, functionality, and operation of the vehicle control unit of FIG. 2 while the vehicle control unit is tracking the vehicle of FIG. 1.

FIG. 11 is a flow chart illustrating the architecture, functionality, and operation of the communication handler of FIG. 5.

FIG. 12 is a flow chart illustrating the architecture, functionality, and operation of the communication handler of FIG. 7.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 depicts an automated vehicle tracking system 10 illustrating the principles of the present invention. As shown by FIG. 1, the vehicle tracking system 10 is preferably employed within the context of an automated advance notification system 12 that automatically provides advance notice of impending arrivals of vehicles at destinations or other locations.

As depicted in FIG. 1, a vehicle control unit (VCU) 15 is disposed on a mobile vehicle 17, which is capable of transporting the VCU 15 over various distances. U.S. patent application entitled "System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle," assigned Ser. No. 09/163,958, and filed on Sep. 30, 1998, which is incorporated herein by reference, describes an exemplary VCU 15 that may be used to implement the principles of the present invention.

Preferably, the vehicle 17 is a delivery vehicle for delivering items to a destination or for picking up items at a destination. Note that items can include many various types of packages or goods to be delivered or picked up. Furthermore, items can also include persons to be picked up or delivered, such as when a bus picks up and/or delivers passengers at different bus stops. Preferably, the vehicle 17 travels along a predetermined route in making its deliveries, and the vehicle 17 may make numerous stops along its route in order to deliver or pick up different items at different locations.

Vehicle Control Unit

A more detailed view of the VCU 15 is depicted in FIG. 2. A sensor 18 within VCU 15 is configured to determine the location of the sensor 18 relative to a predetermined reference point. Preferably, sensor 18 is a global positioning system (GPS) sensor, although other types of positioning systems and/or sensors are also possible. For example, other types of sensors 18 that may be used to implement the principles of the present invention include, but are not limited to, an odometer or sensors associated with Glonass, Loran, Shoran, Decca, or Tacan. The GPS sensor 18 is configured to receive signals 21a–21c from a plurality of GPS satellites 23, and as known in the art, sensor 18 is designed to analyze signals 21a–21c to determine the sensor's location or coordinate values relative to a predetermined reference point.

For example, in the foregoing embodiment where sensor 18 is a GPS sensor, the sensor 18 determines the sensor's location values relative to the Earth's zero degree latitude and zero degree longitude reference point, which is located at the intersection of the Equator and the Prime Meridian. U.S. Pat. No. 5,781,156 entitled "GPS Receiver and Method

4

for Processing GPS Signals" and filed on Apr. 23, 1997 by Krasner, which is incorporated herein by reference, discusses the processing of GPS signals 21a–21c received from GPS satellites 23 in order to determine the sensor's location values. Since the sensor 18 is located on or within the vehicle 17, the location values determined by the sensor 18 are assumed to match the location values of the vehicle 17 and the VCU 15.

It should be noted that the term "location value" shall be defined herein to mean any value or set of values that may be used to determine a location of a point on the Earth or within the Earth's atmosphere. This value may be a distance value, a coordinate value (i.e., grid value), polar value, vector value, or any other type of value or values known in the art for indicating locations of points.

Sensor 18 is designed to periodically transmit a signal 27 to vehicle manager 29 indicating the vehicle's current location values. Vehicle manager 29 is configured to receive signal 27 and to monitor the location of the vehicle 17 over time by processing multiple signals 27. The vehicle manager 29 can be implemented in software, hardware, or a combination thereof. Preferably, as illustrated by way of example in FIG. 3, the vehicle manager 29 of the present invention along with its associated methodology is implemented in software and stored in computer memory 30 of a computer system 31.

Note that the vehicle manager 29 can be stored and transported on any computer-readable medium for use by or in connection with an instruction execution system, apparatus, or device, such as a computer-based system, processor-containing system, or other system that can fetch the instructions from the instruction execution system, apparatus, or device and execute the instructions. In the context of this document, a "computer-readable medium" can be any means that can contain, store, communicate, propagate, or transport the program for use by or in connection with the instruction execution system, apparatus, or device. The computer readable medium can be, for example but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system, apparatus, device, or propagation medium. More specific examples (a nonexhaustive list) of the computer-readable medium would include the following: an electrical connection (electronic) having one or more wires, a portable computer diskette (magnetic), a random access memory (RAM) (magnetic), a read-only memory (ROM) (magnetic), an erasable programmable read-only memory (EPROM or Flash memory) (magnetic), an optical fiber (optical), and a portable compact disc read-only memory (CDROM) (optical). Note that the computer-readable medium could even be paper or another suitable medium upon which the program is printed, as the program can be electronically captured, via for instance optical scanning of the paper or other medium, then compiled, interpreted or otherwise processed in a suitable manner if necessary, and then stored in a computer memory. As an example, the vehicle manager 29 may be magnetically stored and transported on a conventional portable computer diskette.

The preferred embodiment of the computer system 31 of FIG. 3 comprises one or more conventional processing elements 32, such as a digital signal processor (DSP), that communicate to and drive the other elements within the system 31 via a local interface 33, which can include one or more buses. Furthermore, an input device 34, for example, a keyboard or a mouse, can be used to input data from a user of the system 31, and screen display 35 or a printer 36 can be used to output data to the user. A disk storage mechanism

5

37 can be connected to the local interface 33 to transfer data to and from a nonvolatile disk (e.g., magnetic, optical, etc.). Furthermore, a vehicle clock 38 may be connected to the computer system 31 so that components of the system 31 may utilize data from the clock 38 to determine time through conventional techniques. It should be noted that input device 34, display 35, printer 36, and disk 37 are optional and are not necessarily a part of the preferred embodiment.

The vehicle manager 29 is preferably configured to maintain a predefined schedule 39, referred to herein as the "vehicle schedule 39," within memory 30. The predefined vehicle schedule 39 corresponds with a route of travel for the vehicle 17. In this regard, the predefined vehicle schedule 39 stored in memory 30 includes data defining locations or "checkpoints" along the vehicle's intended route of travel. Furthermore, each checkpoint is associated with a particular time value indicating when the vehicle 17 is expected to pass the associated checkpoint. Each checkpoint along with its associated time value may define an entry in the vehicle schedule 39.

Preferably, the time value associated with a checkpoint corresponds to a time of day that the vehicle 17 is expected to pass the checkpoint. For example, the time value associated with a checkpoint may define the hour and minute that the vehicle 17 is expected to pass the checkpoint. Consequently, when the vehicle 17 reaches the location defined by the checkpoint, the time of day, as defined by vehicle clock 38, can be compared with the time value in the schedule 39 associated with the checkpoint to determine whether the vehicle 17 is early, late, or on time. It should be noted that other data and other methodologies, such as the those disclosed in U.S. Pat. No. 5,400,020, for example, may be employed to determine whether or not the vehicle 17 is on schedule, without departing from the principles of the present invention.

As the vehicle 17 travels along its route, the vehicle manager 29 determines when the vehicle 17 passes a checkpoint by comparing the data received from sensor 18 with the checkpoint data stored in vehicle schedule 39. When the vehicle manager 29 determines that a checkpoint has been passed, the vehicle manager 29 is configured to determine a time value indicating the time of day by analyzing vehicle clock 38, and the vehicle manager 29 is configured to compare this time value with the time value in the schedule 39 associated with the checkpoint.

The vehicle 17 is considered to be off schedule if the value for the time of day from clock 38 differs from the time value in schedule 39 by a predetermined amount. Otherwise the vehicle 17 is considered to be on schedule. For example, assume that the vehicle 17 is to be considered off schedule if the vehicle 17 is early or late by more than two minutes and assume that the vehicle 17 is scheduled to pass a checkpoint at 6:30 a.m. If the vehicle 17 passes the checkpoint between 6:28 a.m. and 6:32 a.m., the vehicle 17 is on schedule. If the vehicle 17 passes the checkpoint before 6:28 a.m., the vehicle is off schedule and is early. If the vehicle 17 passes the checkpoint after 6:32 a.m., the vehicle 17 is off schedule and is late.

If the vehicle manager 29 determines that the vehicle 17 is off schedule, the vehicle manager 29 is configured to transmit a status message to a base station control unit (BSCU) 40 (FIG. 1) indicating how much the vehicle 17 is off schedule, and the vehicle manager 29 is also configured to update the entries in the schedule 39. For example, assume that the vehicle 17 passes the aforementioned checkpoint at 6:25 a.m. In this example, the vehicle 17 is off schedule and five minutes early. Therefore, the vehicle manager 29 trans-

6

mits a status message to BSCU 40 via cellular network 42 indicating that the vehicle 17 is five minutes early and decreases the expected times stored in the schedule 39 by five minutes. As a result, the schedule 39 is adjusted to account for the vehicle's earliness, and the vehicle 17 will not be deemed off schedule when the vehicle 17 passes the other checkpoints, provided that the rate of travel of the vehicle 17 continues as expected for the remainder of the route. Similarly, if the vehicle 17 passes the aforementioned checkpoint at 6:35 a.m., then the vehicle manager 29 is configured to transmit a status message indicating that the vehicle 17 is five minutes late and is configured to increase the times stored in the schedule 39 by five minutes.

It should be noted that updating the schedule 39 is not necessary in implementing the present invention. However, if the vehicle 17 is early or late at one checkpoint, the vehicle 17 will likely be respectively early or late at other checkpoints causing the vehicle manager 29 to make an off schedule determination and to transmit a status message at each of the remaining checkpoints in the route. By updating the times in schedule 39, the number of status messages transmitted to the BSCU 40 may be reduced in monitoring the travel of the vehicle 17.

It should be further noted that the status message transmitted by VCU 15 may be communicated via any suitable technique and that utilization of the cellular network 42 is not necessary. In this regard, other types of networks may be used to communicate the status message, or the status message may be communicated directly to the base station control unit 40 without the use of any type of communication network. For example, the status message may be communicated via short wave radio.

Base Station Control Unit

Referring to FIG. 4, the base station control unit (BSCU) 40 preferably comprises a master computer system 42 that controls one or more slave computer systems 44a, 44b, and 44c. Referring to FIG. 5, the master computer system 42 includes a route handler 52 and a schedule monitor 56. The route handler 52 and schedule monitor 56, which will be described in further detail hereafter, can be implemented in software, hardware, or a combination thereof. Preferably, as illustrated by way of example in FIG. 5, the route handler 52 and schedule monitor 56 of the present invention are implemented in software and stored in memory 58.

Further shown by FIG. 5, the computer system 42 may include one or more processing elements 61, such as a DSP, that communicate to and drive the other elements within the system 42 via a local interface 62, which may include one or more buses. Furthermore, an input device 64, for example, a keyboard or a mouse, can be used to input data from a user of the system 42, and screen display 65 or a printer 66 can be used to output data to the user. A disk storage mechanism 69 can be connected to the local interface 62 to transfer data to and from a nonvolatile disk (e.g., magnetic, optical, etc.). Furthermore, a base station clock 70 may be connected to the computer system 42 so that components of the system 42 may utilize data from the clock 70 to determine time through conventional techniques. The system 42 may also be connected to a cellular interface 71, or other type of suitable interface, for communicating with VCU 15. It may also be desirable for computer system 42 to include a network interface 72 that allows the system 42 to exchange data with a network 73. It should be noted that input device 64, display 65, printer 66, disk 69, network interface 72, and network 73 are optional and are not necessarily a part of the preferred embodiment.

US 6,317,060 B1

7                                                                                          8

Referring again to FIG. 4, the database 74 shown by FIG. 4 preferably stores data defining the routes of one or more vehicles 17. For example, the database 74 may include entries that are correlated with a vehicle 17 of the system 10, wherein each entry includes sufficient data to define a checkpoint that may be used to monitor the travel of the vehicle 17. The checkpoints defined in the database 74 for a particular vehicle 17 are preferably the same checkpoints defined in vehicle schedule 39 for the particular vehicle 17. Furthermore, the entry may also include data to indicate the time of day that the vehicle 17 is expected to reach the checkpoint defined by the entry. Therefore, the database 74 includes sufficient data to define the checkpoints used to monitor the vehicles 17 associated with the system 10 and the times that the vehicles 17 should respectively pass the checkpoints.

Preferably, the database 74 also includes data indicating when different users are to be notified of an impending arrival of at least one of the vehicles 17 associated with the system 10. For example, the database 74 may include data indicating that a user should be notified a certain amount of time before or after a particular vehicle 17 passes a particular checkpoint. Therefore, at any time, the database 74 can be queried to determine which checkpoints are to be passed by a particular vehicle 17 and when the particular vehicle 17 is expected to pass each of the checkpoints. The database 74 also can be queried to determine when users are to be notified of the particular vehicle's impending arrival. To facilitate querying of the database, the entries of the database 74 may be keyed by vehicle numbers used to identify the vehicles associated with the system 10.

To illustrate the configuration and use of the database 74, assume that a user would like to be notified when a particular vehicle 17 is two minutes from a particular location, such as the user's house or a scheduled vehicle stop. Assume further that the vehicle 17 is scheduled to pass a checkpoint every five minutes after starting its route and that the particular location is expected to be reached seventeen minutes after the vehicle 17 starts its route. In this scenario, the database 74 should include data that defines each of the checkpoints along the vehicle's route and that indicates the time that the vehicle 17 is expected to pass each of the checkpoints. The database 74 should also indicate that the individual is to be notified when the vehicle 17 passes the third checkpoint, since the vehicle 17 is expected to pass the third checkpoint fifteen minutes into the route (i.e., two minutes before the vehicle 17 is expected to reach the particular location).

The database 74 also preferably includes sufficient information to enable the individual to be automatically notified once a determination is made that the user should be notified. For example, the database 74 may include the individual's telephone number, pager number, e-mail address, or other type of contact information, depending on the methodology used to notify the individual.

The route handler 52 (FIG. 5) is configured to query the database 74 to build a list of notification events that are expected to occur during a specified time period. A "notification event" is the generation of a notification message to be transmitted to a user to notify the user of an impending arrival of a vehicle 17 associated with the system 10. For example, the route handler 52 may query the database 74 at the beginning of a day to determine each notification event that should occur during the course of the day, and the route handler 52 then builds a list of these events. The list should not only indicate what notification events are to occur but also should indicate at what time each notification event is expected to occur. The list may also include contact infor-

mation (e.g., telephone numbers, pager numbers, e-mail addresses etc.) to facilitate the process of contacting the users associated with the notification events in the list.

FIG. 6 shows an exemplary list 81 that may be produced by the route handler 52. The list 81 depicts four entries, although any number of entries may be included in the list 81. Each entry of the list 81 is associated with a respective notification event and indicates: (1) the time at which the respective notification event is expected to occur, (2) the contact information (e.g., telephone number, pager number, e-mail address etc.) associated with the particular user, and (3) a vehicle number identifying the particular vehicle 17 associated with the notification event. For example, assume that "entry 1" is associated with a notification event for a user that would like to be notified when a particular vehicle (vehicle number "1112") is five minutes from a particular location. Based on the information stored in database 74, assume that the route handler 52 determines that the notification event should occur at 6:30 a.m. (five minutes before the particular vehicle 17 is scheduled to arrive at the particular location). As a result, "entry 1" of the list 81 indicates that the notification event associated with the entry is to occur at 6:30 a.m. "Entry 1" also provides the user's contact information and the vehicle number ("1112") of the vehicle 17 that is to arrive at the particular location. Each of the other entries can be similarly configured based on the information associated with the notification events associated with the other entries. Once the route handler 52 has defined the list 81, the route handler 52 transmits the list 81 to schedule monitor 56.

When the BSCU 40 receives a status message from one of the VCUs 15 indicating that one of the vehicles 17 is early or late, the route handler 52 transmits an update request based on the received status message. In response to the update request, the schedule monitor 56 is designed to update the list 81, if the list 81 includes an entry associated with a notification event pertaining to the one vehicle 17.

For example, assume that the route handler 52 receives a status message indicating that the vehicle 17 associated with "entry 1" (i.e., vehicle number "1112") is seven minutes late. In response, the route handler 52 transmits an update request to schedule monitor 56. The update request preferably includes information indicating which vehicle 17 is off schedule and how much the vehicle 17 is off schedule. Based on this update request, the schedule monitor 56 determines that the vehicle 17 associated with the update request (i.e., vehicle number "1112") is seven minutes late. The schedule monitor 56 is designed to traverse the list 81 to identify each entry associated with the vehicle number "1112" and is configured to increase the time values stored in the identified entries by seven minutes to account for the tardiness of vehicle number "1112." Therefore, in the list 81 depicted by FIG. 6, the schedule monitor 56 changes the time value in "entry 1" from "6:30" to "6:37." As a result, the notification event associated with "entry 1" should not occur until 6:37 a.m.

Upon receiving a status message, the route handler 52 is also designed to update the database 74. Therefore, in the example described hereinbefore, the route handler 52 is designed to input data into the database 74 indicating that vehicle number "1112" is seven minutes late. As a result, the database 74 can be consulted at any time to determine not only the scheduled route of any vehicle 17 but also to determine the status of the vehicle 17 as the vehicle 17 is traveling its route. In this regard, if the database 74 does not indicate that a particular vehicle 17 is early or late, then it can be assumed that the vehicle 17 should arrive at its future

checkpoints on schedule. However, if the database 74 indicates that the vehicle 17 is early or late, then it can be assumed that the vehicle 17 will arrive at its future checkpoints off schedule by the amount indicated by the database 74.

The schedule monitor 56 is configured to periodically scan the list 81 to determine if a notification event should occur (i.e., if a notification message should be transmitted to a user). In this regard, when the time of the day, as determined from base station clock 70, corresponds to (e.g., matches) the time indicated by one of the entries in the list 81, the schedule monitor 56 determines that the notification event associated with the corresponding entry should occur. Therefore, to initiate the occurrence of the notification event, the schedule monitor 56 is designed to transmit a notification request to one of the slave computers 44a–44c, which transmits a notification message in response to the notification request, as will be described in more detail hereinbelow.

As shown by FIG. 4, a switching mechanism 85, such as an ethersswitch, for example, is used to route the notification request to the appropriate slave computer 44a–44c. In an attempt to balance the workload of the slave computers 44a–44c, the schedule monitor 56 preferably selects one of the slave mechanisms 44a–44c to process the notification request based on the number of notification requests previously transmitted to each slave computer 44a–44c within a specified time period. For example, the schedule monitor 56 could be configured to transmit the notification message to the slave computer 44a–44c that has received the least number of notification requests in the last five minutes. As a result, the workload of the slave computers 44a–44c is not likely to become disproportionately high for any one of the slave computers 44a–44c.

As shown by FIG. 7, each of the slave computers 44a–44c includes a communication handler 92 configured to process each notification request received by the computer 44a–44c. The communication handler 92 may be implemented in software, hardware, or a combination thereof. Preferably, as depicted by FIG. 7, the communication handler 92 is implemented in software and stored in memory 95.

Further shown by FIG. 7, each slave computer system 44a–44c may include one or more processing elements 97, such as a DSP, that communicate to and drive the other elements within the system 44a–44c via a local interface 99, which may include one or more buses. Furthermore, the base station clock 70 may be connected to each computer system 44a–44c so that components of the system 44a–44c may utilize data from the clock 70 to determine time through conventional techniques. Each slave computer 44a–44c preferably includes an interface 115, such as a telephone interface, for example, coupled to a plurality of communication connections 119 that enables the communication handler 92 to transmit the notification messages across the connections 119. As an example, the interface 115 may be coupled to a T1 trunk or a plurality of T1 trunks that, as known in the art, are capable of placing up to twenty-four telephone calls each.

The communication handler 92 is preferably capable of processing multiple notification requests and of simultaneously communicating multiple notification messages to users to warn the users of impending arrivals of vehicles 17. For example, in one embodiment, the communication handler 92 is implemented by a D/240PCI card 111 manufactured by Dialogic Corp., as shown by FIG. 8. Other software 113 may be implemented to interface the notification messages with the Dialogic card. This other software 113 may include Visual Voice software, which is a well known set of software commonly used to interface data with the Dialogic card 111.

As shown by FIG. 1, the notification messages may be routed to one or more users via a communication network, such as the publicly switched telephone network (PSTN) 123. In this regard, the network 123 routes each notification message transmitted by a communication handler 92 to a communication device 124, such as a telephone, for example, at a premises 126 of a user that is to receive the notification message. Upon receiving the notification message from network 123, the communication device 124 communicates the notification message to the user. It should be noted that the notification messages do not necessarily have to be communicated via telephone calls and that the communications device 124 may be any device capable of communicating a notification message. For example, the communications device 124 may be pager in one embodiment. In another embodiment, the communication handler 92 transmits a notification message to the device 124 via the Internet. For example, the communication handler 92 may transmit an e-mail message to the device 124, which in this example is a computer capable of reading the message and displaying the message to the user.

If a notification request cannot be immediately serviced by the communication handler 92, then the communication handler 92 is designed to store the notification request into a queue 121. The communication handler 92 then services the notification requests stored in the queue 121 on a first in, first out (FIFO) basis. Therefore, the communication handler 92 of each system 44a–44c services the notification requests in the order in which they were received by the communication handler 92.

As stated hereinbefore, each notification request is generated in response to a determination that a user should be warned of an impending arrival of a particular vehicle 17 at a particular location. Therefore, each notification request preferably includes contact information to enable the communication handler 92 to send a notification message to the particular user associated with the notification request or includes other information to enable the communication handler 92 to retrieve such contact information from the database 74. As a result, the communication handler 92 is configured to utilize contact information included in the notification request or stored in the database 74 to transmit a notification request to the user associated with the notification request.

It should be noted that it is possible for the notification message to be user specific. For example, the message may include the phrase "Vehicle number 1112 is five minutes from your vehicle stop." To enable such a message, the vehicle number and the time from the user's stop may be included in the notification request. Therefore, each entry in the list 81 may include, in addition to the information shown in FIG. 6, the amount of time that the vehicle 17 is from the user's selected destination when the notification event associated with the entry is expected to occur.

Furthermore, since there may be a delay between generating a notification request and in servicing the notification request, the communication handler 92 may be designed to query the database 74 to update the notification message before transmission. For example, if the notification request is generated when the vehicle 17 is five minutes from a user's selected destination and if the notification message is transmitted two minutes later, the communication handler 92 can be designed to query the database 74 based on the information provided in the notification request and determine that two minutes have elapsed since the notification request was generated. Therefore, the communication handler 92 may modify the message to include the phrase "Vehicle 1112 is three minutes from your vehicle stop."

It should be further noted that the list 81 is not a necessary feature of the present invention. In this regard, the database 74 can be repeatedly searched to determine when to generate notification requests. However, repeatedly searching the database 74 could result in the unnecessary processing of a vast amount of data, depending on the amount of data and entries stored in database 74. Utilization of the list 81 enables a much smaller amount of data to be searched in identifying whether notification requests should be generated.

Furthermore, it is not necessary for the communication handlers 92 to be implemented by slave computers 44a–44c. For example, it may be possible to implement the route handler 52, the schedule monitor 56, and the communication handlers 92 in a single computer system, such as system 42. In addition, the present invention has been described as using three communication handlers 92 for the purposes of illustration only, and any number of communication handlers 92 (i.e., one or more) may be utilized by the system 10.

In addition, it is possible to use the contents of the database 74 to create a web page indicating the status of the vehicles 17 associated with the system 10. Therefore, users can access the web page via the Internet or some other suitable communication network to determine whether a particular vehicle 17 is on or off schedule and how much a particular vehicle may be off schedule.

Furthermore, as shown by FIG. 4, the slave computers 44a–44c can be connected to one another and can be configured to reallocate notification requests. For example, the communication handlers 92 in the slave computers 44a–44c can be configured to communicate to one another how many notification requests are currently queued by each of the communication handlers 92. If the difference in the number of notification requests queued by one communication handler 92 and the number of notification requests queued by another communication handler 92 exceeds a predetermined threshold, then the communication handler 92 having the higher number of queued notification requests preferably transmits one or more of the queued notification requests to the other communication handler 92. Therefore, the occurrence of one communication handler 92 having a disproportionately high number of queued notification requests should be prevented.

It should be noted that there are many alternative embodiments that may be implemented to reallocate the notification requests without departing from the principles of the present invention. For example, in one embodiment, a first communication handler 92 may be designed to communicate a reallocation request to one or more of the other communication handlers 92 when the number of notification requests queued by the first communication handler 92 falls below a predetermined threshold. In response to the reallocation request, at least one of the other communication handlers 92 transmits one or more of its queued notification requests to the first communication handler 92, which services the notification request. Other variations for reallocating the notification requests are possible.

In other embodiments, it may be possible for the VCU 15 to transmit notification requests directly to the communication device 124 at the user's premises 126. Such a system is fully described in U.S. Pat. No. 5,444,444 entitled "Apparatus and Method of Notifying a Recipient of an Unsched-

uled Delivery" and filed on Sep. 16, 1994, by Ross, which is incorporated herein by reference.

Alternative Embodiments

It should be noted that there are many alternative embodiments for implementing the vehicle tracking system 10. For example, in one alternative embodiment, portions of the schedule monitor 56 are implemented in each of the slave computers 44a–44c. When implemented in software, the schedule monitor 56 in each slave computer 44a–44c may be stored in the memory 95 of the slave computer 44a–44c.

In this example, a list 81 of notification events is created by the route handler 52 in the master computer 42, as described hereinabove. However, portions (e.g., entries) of the list 81 are transmitted to each slave computer 44a–44c, which monitors the received portion of the list 81. For example, once the list 81 is created by the route handler 52, the route handler 52 is designed to assign certain vehicles 17 to certain ones of the slave computers 44a–44c. The route handler 52 is designed to then transmit each entry defining a notification event associated with a particular vehicle 17 to the slave computer 44a–44c assigned to the particular vehicle 17. The assignment of the vehicles 17 to the slave computers 44a–44c is preferably controlled by the route handler 52 such that each slave computer 44a–44c receives a similar number of notification events in an effort to prevent any one slave computer 44a–44c from becoming overburdened.

The schedule monitor 56 in each slave computer 44a–44c then builds a notification event list 81 including each of the entries received by the slave computer 44a–44c. As a result, the functionality of monitoring the list 81 is divided across the slave computers 44a–44c. Moreover, when a status message from a VCU 15 is received by cellular interface 71, the route handler 52 in the master computer 42 is designed to determine which slave computer 44a–44c is assigned to the vehicle 17 associated with the status message. Then, the route handler 52 of the slave computer 42 is designed to transmit the status message to the slave computer 44a–44c assigned to the foregoing vehicle 17. The schedule monitor 56 in the slave computer 44a–44a receiving the status message then updates the list 81 maintained in the slave computer 44a–44c, via techniques described hereinbefore.

The schedule monitor 56 in each slave computer 44a–44c monitors the list 81 in the same slave computer 44a–44c to determine when a notification event should occur. When a notification event occurs, the schedule monitor 56 transmits a notification request to the communication handler 92, which processes the notification as described hereinbefore. Therefore, the operation of the foregoing embodiment is similar to the embodiment previously described, except that at least some of the functionality of the schedule monitor 56 is implemented in each of the slave computers 44a–44c. Dividing the functionality of the schedule monitor 56 across multiple slave computers 44a–44c is advantageous in applications utilizing a relatively large number of notification events, since monitoring of a large number of notification events by the master computer 42 may overload the master computer 42.

Operation

The preferred use and operation of the system 10 and associated methodology are described hereafter.

US 6,317,060 B1

13

Initially, a vehicle schedule 39 is respectively stored in the VCU 15 of each vehicle 17 associated with the system 10. As set forth hereinbefore, the vehicle schedule 39 includes data defining a plurality of checkpoints along the vehicle's route or routes of travel and the expected time that the vehicle 17 is to pass each of the checkpoints. There are a variety of methodologies that may be employed to determine the information stored in the VCU 15. In one embodiment, the data is accumulated from the sensor 18 and the vehicle clock 38, as the vehicle 17 travels the route or routes. Such a methodology is described in more detail in U.S. patent application entitled "Apparatus and Method for Monitoring Travel of a Mobile Vehicle," assigned Ser. No. 09/395,497, and filed on Sep. 14, 1999, which is incorporated herein by reference.

The route data stored in vehicle schedule 39 is also stored in database 74 of BSCU 40. Furthermore, contact information associated with each user that is to be notified of an impending arrival of one of the vehicles 17 is also stored in database 74 so that the users may be sent a notification message at appropriate times. Each user is allowed to select a vehicle 17 and a time when the user would like to be warned of an impending arrival of the selected vehicle 17. The process of enabling a user to select a vehicle and a time is further described in U.S. patent application entitled "System and Method for Activation of an Advance Notification System for Monitoring and Reporting Status of Vehicle Travel," assigned Ser. No. 09/163,588, and filed on Sep. 30, 1998, which is incorporated herein by reference.

As shown by blocks 205 and 207 of FIG. 9, the route handler 52 builds a list 81 of notification events that should occur during a specified time period and transmits this list 81 to schedule monitor 56. For illustrative purposes, assume that the user selects to receive a notification message when a particular vehicle 17 is five minutes from a particular location. Further assume that the vehicle 17 is scheduled to arrive at the particular location at 6:35 a.m., which is within the aforementioned specified time period. As a result, the user should receive a notification message at 6:30 a.m., if the vehicle 17 is on schedule when traveling the route, and in performing block 205, the route handler 52 defines an entry in the list 81 indicating that the user should be so notified at 6:30 a.m. "Entry 1" of the list 81 depicted by FIG. 6 is suitable for implementing the present invention in the context of the foregoing example.

At some point, the vehicle 17 begins to travel its route. Before or during travel of the route, the vehicle clock 38 should be synchronized with the BSCU clock 70. As vehicle 17 travels its route, it passes checkpoints, and its VCU 15 monitors its progress. In this regard, based on the signals provided by sensor 18, the VCU 15 determines when vehicle 17 passes each of its checkpoints, as shown by blocks 211, 213, and 215 of FIG. 10. As depicted by blocks 218 and 222, when vehicle 17 passes a checkpoint, the VCU 15 determines whether the vehicle 17 is on or off schedule by comparing the current time, as defined by vehicle clock 38, with the time value associated with the passed checkpoint and stored in vehicle schedule 39.

If vehicle 17 is determined to be off schedule, then the VCU 15 transmits a status message to BSCU 40 indicating how much the vehicle 17 is off schedule and updates the

14

time values associated with the remaining checkpoints (i.e., the checkpoints that have yet to be passed by vehicle 17), as shown by blocks 225 and 227. As depicted by block 229, the VCU 15 continues to monitor the progress of vehicle 17 until vehicle 17 passes the last checkpoint on the route.

Upon receiving a status message from the VCU 15, the route handler 52 updates the database 74 to indicate that the vehicle 17 is off schedule by an amount indicated by the status message, as depicted by blocks 235 and 239 of FIG. 9. Next, as shown by block 242, the route handler 52 transmits an update request to the schedule monitor 56 indicating that the vehicle 17 associated with the status message is off schedule by a specified amount (e.g., a specified number of minutes early or late). As shown by block 245, the route handler 52 continues to check for status messages until each notification event in the list 81 has occurred.

As shown by blocks 252 and 255 of FIG. 11, the schedule monitor 56 updates the list 81 when the schedule monitor 56 receives an update request from route handler 52. In this regard, when the schedule monitor 56 receives an update request indicating that a vehicle 17 is off schedule, the schedule monitor 56 changes the time values in the entries associated with the vehicle 17 by an amount that the vehicle 17 is off schedule.

As depicted by block 261, the schedule monitor 56 periodically checks to determine whether any notification events should occur. In this regard, the schedule monitor 56 compares the current time, as determined by the BSCU clock 70, with the time values in the list 81. If the time value of an entry in the list 81 corresponds with the current time (e.g., matches the current time, in the preferred embodiment), then the schedule monitor 56 determines that a notification message should be transmitted to a user to warn the user of an impending arrival of the vehicle 17 associated with the entry. Therefore, in block 264, the schedule monitor 56 transmits a notification request to one of the communication handlers 92 indicating that a user should be notified. The notification request preferably includes data identifying the user (such as the user's telephone number, pager number, e-mail address, or any other value unique to the user) and identifying the vehicle 17 associated with the notification event. As shown by block 268, the schedule monitor 56 continues to monitor the entries in the list 81 until each notification event defined by the entries has occurred.

As shown by blocks 275 and 277 of FIG. 12, each communication handler 92 places any new notification request received from schedule monitor 56 into a respective queue. As depicted by blocks 281 and 284, each communication handler 92 determines whether a new call should be initiated via interface 115 and initiates transmission of a notification message if the interface 115 can handle a new call. In this regard, the communication handler 92 uses the information in the notification request to identify the user that should be notified by the notification message. The information in the notification request may either include the contact information needed to establish communication with the user or the communication handler 92 may look up the contact information in the database 74.

Furthermore, the notification message may provide a status report for the vehicle 17 associated with the notifica-

15

tion request. For example, the notification message may indicate that the vehicle 17 is a certain number of minutes from a particular location. The communication handler 92 may retrieve information from the database 74 to form the notification message. By retrieving the information for the status report directly from the database 74, the communication handler 92 utilizes the most recent information available in providing any status reports to the user.

If the interface 115 cannot handle a new call (e.g., the interface 115 is not operating properly or there are no available communication lines 119) the communication handler 92 preferably checks to see if another communication handler 92 has a disproportionately less number of notification requests queued, as shown by block 288. If the difference in the number of queued notification requests in the two communication handlers 92 being compared in block 288 exceeds a predetermined threshold, then the communication handler 92 reallocates the queued notification requests by transmitting one or more of its queued notification requests to the other communication handler 92 that has a smaller number of queued notification requests, as depicted by blocks 292 and 295. Ultimately, a notification message is transmitted by one of the communication handlers for each notification request transmitted by the schedule monitor 56.

It should be noted that the present invention has been described herein as determining when to initiate a notification message to a user based on a time value. However, other types of values may be used to monitor the travel of the vehicle 17. For example, a notification message could be initiated when a particular vehicle comes within a certain distance of a particular location. U.S. patent application entitled "Base Station Apparatus and Method for Monitoring Travel of a Mobile Vehicle," assigned Ser. No. 09/395,501, and filed on Sep. 14, 1999, which is incorporated herein by reference, describes how distance values may be used to determine when to transmit notification messages.

It should be emphasized that the above-described embodiments of the present invention, particularly, any "preferred" embodiments, are merely possible examples of implementations, merely set forth for a clear understanding of the principles of the invention. Many variations and modifications may be made to the above-described embodiment(s) of the invention without departing substantially from the spirit and principles of the invention. All such modifications and variations are intended to be included herein within the scope of the present invention and protected by the claims.

Now, therefore, the following is claimed:

1. A system for notifying users of impending arrivals of vehicles at particular locations, comprising:
   memory storing a first time value, said first time value indicating when a user should be notified of an impending arrival of a vehicle;
   a clock configured to produce a second time value;
   a route handler configured to receive a status message from said vehicle and to transmit an update request when said vehicle is off schedule based on said status message;
   a schedule monitor configured to compare said first time value to said second time value and to produce and

16

transmit a notification request based on a comparison of said time values, said schedule monitor further configured to update said first time value in response to said update request; and
   a communication handler configured to receive said notification request and to transmit a notification message to said user in response to said notification request, said communication handler further configured to store said notification request and to determine a number of notification requests stored by said communication handler, said communication handler further configured to compare said number of notification requests to a threshold number and to cause reallocation of notification requests between said communication handler and at least one other communication handler based on a comparison of said number of notification requests to said threshold number.

2. The system of claim 1, wherein said communication handler receives a notification request in response to said reallocation.

3. The system of claim 1, wherein said communication handler transmits a notification request in response to said reallocation.

4. The system of claim 1, wherein said threshold number is a number of notification requests stored in another communication handler.

5. The system of claim 1, wherein said communication handler is configured to simultaneously transmit a plurality of notification messages across a plurality of communication lines.

6. The system of claim 1, further comprising:
   a database storing route information associated with a plurality of vehicles, said route information including said first time value,
   wherein said route handler is configured to determine whether said first time value is associated with a notification event that is expected to occur within a particular time period and to transmit said first time value to said schedule monitor in response to a determination that said notification event associated with said first time value is expected to occur within said particular time period.

7. The system of claim 1, wherein said route handler is further configured to produce a list of notification events that are expected to occur within a particular time period, said route handler further configured to include said first time value in said list in response to a determination that said first time value is associated with a notification event that is expected to occur within said particular time period, said schedule monitor further configured to analyze said list to determine whether any notification requests should be transmitted to said communication handler.

8. The system of claim 1, wherein said schedule monitor is implemented within a first computer system and said communication handler is implemented within a second computer system.

9. A system for notifying users of impending arrivals of vehicles at particular locations, comprising:
   a database storing data associated with a plurality of vehicles;
   a route handler configured to analyze said data and to select portions of said data that are associated with notification events expected to occur during a particular time period;

17

a schedule monitor configured to analyze said selected portions of said data during said particular time period and to disregard other portions of said data during said particular time period, said schedule monitor further configured to determine when at least one of said notification events should occur based on said selected portions of said data and to transmit a notification request in response to a determination by said schedule monitor that said at least one notification event should occur; and

a communication handler configured to receive said notification request and to transmit a notification message in response to said notification request.

10. The system of claim 9, wherein said communication handler is configured to simultaneously transmit a plurality of notification messages across a plurality of communication lines.

11. The system of claim 9, wherein said communication handler is configured to store notification request and to determine a number of notification requests stored by said communication handler, said communication handler further configured to compare said number of notification requests to a threshold number and to cause reallocation of notification requests between said communication handler and at least one other communication handler based on a comparison of said number of notification requests to said threshold number.

12. The system of claim 9, wherein said schedule monitor is implemented in a first computer system and said communication handler is implemented in a second computer system.

13. A system for notifying users of impending arrivals of vehicles at particular locations, comprising:

memory storing data indicating a proximity of at least one vehicle to at least one location;

a route handler configured to receive status messages and to update said data based on said status messages;

a schedule monitor configured to monitor said data and to transmit notification requests in response to determinations by said schedule monitor that said at least one vehicle is within a predefined proximity of at least one location; and

a plurality of communication handlers configured to respectively receive said notification requests and to transmit notification messages in response to said notification requests,

wherein said schedule monitor is further configured to determine a number of notification requests transmitted to one of said communication handlers within a first particular time period and to allocate said notification requests between said communication handlers based on said number.

14. The system of claim 13, wherein at least one of said communication handlers is configured to store notification requests and to determine a number of notification requests stored by said at least one communication handler, said at least one communication handler further configured to compare said number of notification requests to a threshold number and to cause reallocation of notification requests between said communication handler and another of said communications handlers based on a comparison of said number of notification requests to said threshold number.

15. The system of claim 13, wherein said route handler selects said data in response to a determination by said route

18

handler that said data is associated with notification events that are expected to occur during a second particular time period.

16. A method for notifying users of impending arrivals of vehicles at particular locations, comprising the steps of:

storing a first time value, said first time value indicating when a user should be notified of an impending arrival of a vehicle;

receiving a second time value;

receiving a status message transmitted from said vehicle;

updating said first time value based on said status message;

comparing said first time value to said second time value;

transmitting a notification request to a communication handler based on said comparing said first time value step;

determining a number of notification requests stored by a communication handler;

comparing said number of notification requests to a threshold number;

reallocating said notification request between said communication handlers based on said comparing said number of notification requests step; and

transmitting a notification message to said user in response to said notification request.

17. The method of claim 16, further comprising the steps of:

determining whether said first time value indicates a time within a particular time period, said particular time period including a time indicated by said second time value; and

performing said comparing said first time value step during said particular time period in response to a determination in said determining step that said first time value indicates a time within said particular time period.

18. The method of claim 16, further comprising the steps of:

creating a list of notification events that are expected to occur within a particular time period;

including said first time value in said list in response to a determination that said first time value is associated with a notification event that is expected to occur within said particular time period; and

monitoring said list during said particular time period, said monitoring step including said comparing said first time value step.

19. A method for notifying users of impending arrivals of vehicles at particular locations, comprising the steps of:

storing data associated with a plurality of vehicles;

selecting portions of said data that are associated with notification events expected to occur during a particular time period;

analyzing said selected portions of said data during said particular time period;

disregarding other portions of said data during said particular time period;

determining when at least one of said notification events should occur based on said analyzing step; and

transmitting a notification message in response to said determining step.

20. A method for notifying users of impending arrivals of vehicles at particular locations, comprising the steps of:

US 6,317,060 B1

19

storing data associated with at least one vehicle;

receiving at least one status message from said one vehicle;

updating said data based on said one status message;

analyzing said data;

determining when to notify a user of an impending arrival of said one vehicle at a particular location based on said analyzing step;

transmitting a notification request based on said determining step; and

allocating said notification request to a communication handler based on a number of notification requests transmitted to said communication handler during a first particular time period.

21. The method of claim 20, further comprising the step of transmitting a notification message from said communication handler in response to said notification request, said notification message indicating said impending arrival of said one vehicle.

20

22. The method of claim 20, further comprising the steps of:

storing said notification request in said communication handler;

determining a number of notification requests stored in said communication handler;

comparing said number of notification requests to a threshold number;

transmitting said notification request to another handler based on said comparing step; and

transmitting a notification message from said other communication handler in response to said notification request, said notification message indicating said impending arrival of said one vehicles.

23. The method of claim 20, further comprising the step of selecting said data in response to a determination that said data is associated with notification events that are expected to occur during a second particular time period.

*  *  *  *  *

# EXHIBIT B

US007030781B2

(12) **United States Patent**
Jones

(10) Patent No.: **US 7,030,781 B2**
(45) Date of Patent: ***Apr. 18, 2006**

(54) **NOTIFICATION SYSTEM AND METHOD THAT INFORMS A PARTY OF VEHICLE DELAY**

(75) Inventor: **Martin Kelly Jones**, Dalton, GA (US)

(73) Assignee: **ArrivalStar, Inc.**, Delray Beach, FL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 24 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/686,925**

(22) Filed: **Oct. 16, 2003**

(65) **Prior Publication Data**

US 2004/0083054 A1 Apr. 29, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/992,817, filed on Nov. 6, 2001, now Pat. No. 6,700,507, which is a continuation of application No. 09/233,795, filed on Jan. 19, 1999, now Pat. No. 6,313,760, which is a continuation of application No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020.

(51) **Int. Cl.**
*G08G 1/123* (2006.01)

(52) **U.S. Cl.** .......................... **340/994**; 340/989; 701/201; 701/213

(58) **Field of Classification Search** ................. 340/994, 340/988, 989; 379/59; 701/211, 117, 213, 701/201
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,568,161 A | 3/1971 | Knickel | ...................... 340/994 |
| 3,644,883 A | 2/1972 | Borman et al. | ............... 340/23 |
| 3,845,289 A | 10/1974 | French | .................... 235/151.2 |
| 3,886,515 A | 5/1975 | Cottin et al. | ................ 340/994 |
| 3,934,125 A | 1/1976 | Macano | .................... 235/150.2 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0219859 A2 | 4/1987 | |
| EP | 0805427 A1 | 11/1997 | |

(Continued)

OTHER PUBLICATIONS

Moriok, et al., "Advanced Vehicle Monitoring and communication Systems for Bus Transit—Benefits and Economic Feasibility", Final Report—U.S. Department of Transportation, Sep. 1991, Revised Mar. 1993, Dot–T–94–03.

(Continued)

*Primary Examiner*—Brent A. Swarthout
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

An advance notification system and method notifies passengers of the impending arrival of a transportation vehicle, for example, a school bus, at a particular vehicle stop. The system generally includes an on-board vehicle control unit for each vehicle and a base station control unit for making telephone calls to passengers in order to inform the passengers when the vehicle is a certain predefined time period and/or distance away from the vehicle stop. The VCU compares elapsed time and/or traveled distance to the programmed scheduled time and/or traveled distance to determine if the vehicle is on schedule. If the vehicle is behind or ahead of schedule, the VCU calls the BSCU, which then adjusts its calling schedule accordingly.

**14 Claims, 7 Drawing Sheets**



# US 7,030,781 B2

Page 2

## U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| 4,220,946 | A | 9/1980 | Henriot | 340/23 |
| 4,297,672 | A | 10/1981 | Fruchey et al. | 340/23 |
| 4,325,057 | A | 4/1982 | Bishop | 340/539 |
| 4,350,969 | A * | 9/1982 | Greer | 340/994 |
| 4,525,601 | A | 6/1985 | Barnich et al. | 379/7 MM |
| 4,585,904 | A | 4/1986 | Mincone et al. | 179/7.1 TP |
| 4,713,661 | A | 12/1987 | Boone et al. | 340/994 |
| 4,791,571 | A | 12/1988 | Takahashi et al. | 364/436 |
| 4,799,162 | A * | 1/1989 | Shinkawa et al. | 701/117 |
| 4,804,837 | A | 2/1989 | Farley | 250/251 |
| 4,804,937 | A | 2/1989 | Barbiaux et al. | 340/52 F |
| 4,812,843 | A | 3/1989 | Champion, III et al. | 340/905 |
| 4,813,065 | A | 3/1989 | Segala | 379/112 |
| 4,857,925 | A | 8/1989 | Brubaker | 340/994 |
| 4,894,649 | A | 1/1990 | Davis | 340/825.44 |
| 4,956,777 | A | 9/1990 | Cearley et al. | 364/424.02 |
| 5,003,584 | A | 3/1991 | Benyacar et al. | 379/119 |
| 5,006,847 | A * | 4/1991 | Rush et al. | 340/994 |
| 5,014,206 | A | 5/1991 | Scribner et al. | 364/449 |
| 5,021,780 | A | 6/1991 | Fabiano et al. | 340/994 |
| 5,021,789 | A | 6/1991 | Fabiano et al. | 264/436 |
| 5,048,079 | A | 9/1991 | Harrington et al. | 379/112 |
| 5,068,656 | A | 11/1991 | Sutherland | 340/989 |
| 5,097,429 | A | 3/1992 | Wood et al. | 364/569 |
| 5,103,475 | A | 4/1992 | Shuen | 379/115 |
| 5,113,185 | A | 5/1992 | Ichikawa | 340/995 |
| 5,121,326 | A | 6/1992 | Moroto et al. | 364/449 |
| 5,122,959 | A | 6/1992 | Nathanson et al. | 364/436 |
| 5,131,020 | A | 7/1992 | Liebesny et al. | 379/59 |
| 5,144,301 | A | 9/1992 | Jackson et al. | 340/994 |
| 5,146,491 | A | 9/1992 | Silver et al. | 379/114 |
| 5,155,689 | A | 10/1992 | Wortham | 364/460 |
| 5,168,451 | A | 12/1992 | Bolger | 364/436 |
| 5,179,584 | A | 1/1993 | Tsumura | 379/114 |
| 5,218,629 | A | 6/1993 | Dumond, Jr. et al. | 379/59 |
| 5,218,632 | A | 6/1993 | Cool | 379/126 |
| 5,223,844 | A | 6/1993 | Mansell et al. | 342/357 |
| 5,243,529 | A | 9/1993 | Kashiwazaki | 364/449 |
| 5,271,484 | A | 12/1993 | Bahjat et al. | 187/29.1 |
| 5,299,132 | A | 3/1994 | Wortham | 364/460 |
| 5,323,456 | A | 6/1994 | Oprea | 379/375 |
| 5,351,194 | A | 9/1994 | Ross et al. | 364/449 |
| 5,361,296 | A | 11/1994 | Reyes et al. | 379/96 |
| 5,381,338 | A | 1/1995 | Wysocki et al. | 364/449 |
| 5,381,467 | A | 1/1995 | Rosinski et al. | 379/121 |
| 5,394,332 | A | 2/1995 | Kuwahara et al. | 364/449 |
| 5,398,190 | A | 3/1995 | Wortham | 364/460 |
| 5,400,020 | A | 3/1995 | Jones | 340/994 |
| 5,420,794 | A | 5/1995 | James | 364/436 |
| 5,428,546 | A | 6/1995 | Shah et al. | 364/449 |
| 5,432,841 | A | 7/1995 | Rimer | 379/59 |
| 5,440,489 | A | 8/1995 | Newman | 364/426.05 |
| 5,444,444 | A * | 8/1995 | Ross | 340/994 |
| 5,446,678 | A | 8/1995 | Saltzstein et al. | 364/514 |
| 5,448,479 | A | 9/1995 | Kemner et al. | 365/424.02 |
| 5,461,374 | A | 10/1995 | Lewiner et al. | 340/994 |
| 5,483,234 | A | 1/1996 | Correel et al. | 340/994 |
| 5,483,454 | A | 1/1996 | Lewiner et al. | 364/443 |
| 5,493,295 | A | 2/1996 | Lewiner et al. | 340/994 |
| 5,493,694 | A | 2/1996 | Vlcek et al. | 455/53.1 |
| 5,506,893 | A | 4/1996 | Buscher et al. | 379/114 |
| 5,513,111 | A | 4/1996 | Wortham | 364/460 |
| 5,515,421 | A | 5/1996 | Sikand et al. | 379/67 |
| 5,519,621 | A | 5/1996 | Wortham | 364/460 |
| 5,526,401 | A | 6/1996 | Roach, Jr. et al. | 379/59 |
| 5,539,810 | A | 7/1996 | Kennedy, III et al. | 379/59 |
| 5,544,225 | A | 8/1996 | Kennedy, III et al. | 379/59 |
| 5,546,444 | A | 8/1996 | Roach, Jr. et al. | 379/59 |
| 5,552,795 | A | 9/1996 | Tayloe et al. | 342/357 |
| 5,559,871 | A | 9/1996 | Smith | 379/115 |
| 5,570,100 | A | 10/1996 | Grube et al. | 364/446 |
| 5,577,101 | A | 11/1996 | Bohm | 379/58 |
| 5,579,376 | A | 11/1996 | Kennedy, III et al. | 379/60 |
| 5,587,715 | A | 12/1996 | Lewis | 342/357 |
| 5,594,650 | A | 1/1997 | Shah et al. | 364/449.1 |
| 5,594,787 | A | 1/1997 | Ohshima et al. | 379/114 |
| 5,602,739 | A | 2/1997 | Haagenstad et al. | 364/436 |
| 5,623,260 | A | 4/1997 | Jones | 340/994 |
| 5,648,770 | A | 7/1997 | Ross | 340/994 |
| 5,652,707 | A | 7/1997 | Wortham | 364/460 |
| 5,657,010 | A | 8/1997 | Jones | 340/994 |
| 5,668,543 | A | 9/1997 | Jones | 340/994 |
| 5,673,305 | A | 9/1997 | Ross | 379/58 |
| 5,680,119 | A | 10/1997 | Magliari et al. | 340/904 |
| 5,694,322 | A | 12/1997 | Westerlage et al. | 364/464 |
| 5,694,459 | A | 12/1997 | Backaus et al. | 379/427 |
| 5,699,275 | A | 12/1997 | Beasley et al. | 364/514 R |
| 5,712,908 | A | 1/1998 | Brinkman et al. | 379/119 |
| 5,715,307 | A | 2/1998 | Zazzera | 379/265 |
| 5,719,771 | A | 2/1998 | Buck et al. | 364/443 |
| 5,724,243 | A | 3/1998 | Westerlage et al. | 364/446 |
| 5,724,584 | A | 3/1998 | Peters et al. | 395/671 |
| 5,729,597 | A | 3/1998 | Bhusri | 379/115 |
| 5,732,074 | A | 3/1998 | Spaur et al. | 370/313 |
| 5,734,981 | A | 3/1998 | Kennedy, III et al. | 455/445 |
| 5,736,940 | A | 4/1998 | Burgener | 340/994 |
| 5,739,774 | A | 4/1998 | Olandesi | 340/994 |
| 5,742,672 | A | 4/1998 | Burk | 379/198 |
| 5,751,245 | A | 5/1998 | Janky et al. | 342/357 |
| 5,760,742 | A | 6/1998 | Branch et al. | 342/457 |
| 5,771,282 | A | 6/1998 | Friedes | 379/121 |
| 5,771,455 | A | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,774,825 | A | 6/1998 | Reynolds | 364/449.7 |
| 5,781,156 | A | 7/1998 | Krasner | 342/357 |
| 5,784,443 | A | 7/1998 | Chapman et al. | 379/119 |
| 5,793,853 | A | 8/1998 | Sbisa | 379/120 |
| 5,796,365 | A | 8/1998 | Lewis | 342/357 |
| 5,799,073 | A | 8/1998 | Fleischer, III et al. | 379/113 |
| 5,799,263 | A | 8/1998 | Culberson | 701/117 |
| 5,805,680 | A | 9/1998 | Penzias | 379/118 |
| 5,808,565 | A | 9/1998 | Matta et al. | 340/994 |
| RE35,920 | E | 10/1998 | Sorden et al. | 342/457 |
| 5,835,580 | A | 11/1998 | Frazer | 379/114 |
| 5,841,847 | A | 11/1998 | Graham et al. | 379/114 |
| 5,852,659 | A | 12/1998 | Welter, Jr. | 379/116 |
| 5,864,610 | A | 1/1999 | Ronen | 379/127 |
| 5,875,238 | A | 2/1999 | Glitho et al. | 379/116 |
| 5,881,138 | A | 3/1999 | Kearns et al. | 379/114 |
| 5,910,979 | A | 6/1999 | Goel et al. | 379/120 |
| 5,912,954 | A | 6/1999 | Whited et al. | 379/115 |
| 5,915,006 | A | 6/1999 | Jagadish et al. | 379/127 |
| 5,920,613 | A | 7/1999 | Alcott et al. | 379/114 |
| 5,922,040 | A | 7/1999 | Prabhakaran | 701/117 |
| 5,937,044 | A | 8/1999 | Kim | 379/121 |
| 5,943,320 | A | 8/1999 | Weik et al. | 370/259 |
| 5,943,406 | A | 8/1999 | Leta et al. | 379/120 |
| 5,943,657 | A | 8/1999 | Freestone et al. | 705/400 |
| 5,945,919 | A | 8/1999 | Trask | 340/825.491 |
| 5,946,379 | A | 8/1999 | Bhusri | 379/115 |
| 5,950,174 | A | 9/1999 | Brendzel | 705/34 |
| 5,955,974 | A | 9/1999 | Togawa | 340/994 |
| 5,956,391 | A | 9/1999 | Melen et al. | 379/114 |
| 5,982,864 | A | 11/1999 | Jagadish et al. | 379/115 |
| 5,987,108 | A | 11/1999 | Jagadish et al. | 379/114 |
| 5,987,377 | A | 11/1999 | Westerlage et al. | 701/204 |
| 5,991,377 | A | 11/1999 | Malik | 379/114 |
| 5,991,380 | A | 11/1999 | Bruno et al. | 379/115 |
| 5,991,381 | A | 11/1999 | Bousanka et al. | 379/115 |
| 5,995,602 | A | 11/1999 | Johnson et al. | 379/116 |
| 6,006,159 | A | 12/1999 | Schmier et al. | 701/200 |
| 6,094,149 | A | 7/2000 | Wilson | 340/904 |

**US 7,030,781 B2**

Page 3

| 6,097,317 | A | 8/2000 | Lewiner et al. ............... 340/994 |
| 6,111,538 | A | 8/2000 | Schuchman et al. ........ 342/357 |
| 6,124,810 | A | 9/2000 | Segal et al. ................. 340/994 |
| 6,134,501 | A | 10/2000 | Oumi ........................ 701/209 |
| 6,137,425 | A | 10/2000 | Oster et al. ................ 340/994 |
| 6,144,301 | A | 11/2000 | Frieden .................. 340/572.8 |
| 6,178,378 | B1 | 1/2001 | Leibold ..................... 701/202 |
| 6,184,802 | B1 | 2/2001 | Lamb ........................ 340/994 |
| 6,191,708 | B1 | 2/2001 | Davidson ................. 240/994 |
| 6,222,462 | B1 | 4/2001 | Hahn ........................ 340/904 |
| 6,240,362 | B1 | 5/2001 | Gaspard, II .............. 701/209 |
| 6,253,146 | B1 | 6/2001 | Hanson et al. ............ 701/202 |
| 6,253,148 | B1 | 6/2001 | Decaux et al. ............ 701/204 |
| 6,278,936 | B1 | 8/2001 | Jones ........................ 340/994 |
| 6,313,760 | B1 | 11/2001 | Jones ........................ 340/994 |
| 6,317,060 | B1 | 11/2001 | Jones ........................ 340/994 |
| 6,360,101 | B1 | 3/2002 | Irvin ........................ 455/456 |
| 6,363,254 | B1 | 3/2002 | Jones et al. .............. 455/456 |
| 6,363,323 | B1 | 3/2002 | Jones ........................ 701/213 |
| 6,374,176 | B1 | 4/2002 | Schmier et al. ........... 701/200 |
| 6,400,956 | B1 | 6/2002 | Richton ..................... 455/456 |
| 6,411,891 | B1 | 6/2002 | Jones ........................ 701/201 |
| 6,415,207 | B1 | 7/2002 | Jones .......................... 701/1 |
| 6,486,801 | B1 | 11/2002 | Jones ........................ 340/994 |
| 6,492,912 | B1 | 12/2002 | Jones |
| 6,510,383 | B1 | 1/2003 | Jones |
| 6,618,668 | B1 | 9/2003 | Laird ........................ 701/200 |
| 2002/0016171 | A1 | 2/2002 | Doganata et al. .......... 455/456 |
| 2002/0069017 | A1 | 6/2002 | Schmier et al. ............ 701/213 |
| 2002/0070882 | A1 | 6/2002 | Jones |
| 2002/0082770 | A1 | 6/2002 | Jones |
| 2002/0099500 | A1 | 7/2002 | Schmier et al. ............ 701/200 |
| 2003/0098802 | A1 | 5/2003 | Jones ........................ 340/994 |

FOREIGN PATENT DOCUMENTS

| FR | 2 559 930 | 8/1985 |
| FR | 2674355 | 9/1992 |
| GB | WO 93/13510 A1 | 7/1993 |
| JP | 52066175 | 6/1977 |
| JP | 63288400 | 11/1988 |
| JP | 11034872 A | 2/1999 |
| WO | WO 90/01236 | 2/1990 |
| WO | WO 93/13503 | 7/1993 |
| WO | WO 94/02922 | 2/1994 |
| WO | WO 94/27264 | 11/1994 |
| WO | WO 96/04634 | 2/1996 |
| WO | WO 96/16386 | 5/1996 |
| WO | WO 98/07128 | 2/1998 |
| WO | WO 98/08206 | 2/1998 |
| WO | WO 98/14926 | 4/1998 |
| WO | WO 98/40837 | 9/1998 |

OTHER PUBLICATIONS

Brynielsson, Thore, Step by Step Development Towards Attractive Public Transport, Chalmers University of Technology, Goteborg, Sweden, Department of Transportation, 1976.

"Public Transportation Information and Management Ssytems", IEE Coloquium, Computing and Control Division, May 25, 1993, pp. 9/1–9/4, 12/1–12/2, 7/1–7/3.

"Vehicle Location and Fleet Management Systems", IEE Colloquium, Computing and Control Division, Jun. 8, 1993.

The 3rd International Conference on Vehicle Navigation & Information Systems, (VNIS) Norway, Sep. 2–4, 1992, pp. 312–315.

Preiss, George; Jenson, Lillian; "The Satref and GPS Information Projects", 1992 IEEE—3rd International Conference on Vehicle Navigation Information Systems, pp. 648–655.

"Vehicle Navigation & Information Systems Conference Proceedings" (P–253), Society of Automotive Engineers, Inc., Oct. 1991, pp. 789–796.

"1992 Compendium of Technical Papers", Institute of Transportation Engineers—INRAD: A Deminostration of Two-Way Roadway to Vehicle Communication for use in Traffic Operations, Annual Meeting, Washington, D.C. pp. 214–218.

"Paving the Way for GPS in Vehicle Tracking", Showcase World, Dec. 1992.

"Advance Vehicle Monitoring and Communication Systems for Bus Transit", Federal Transit Administration, Sep. 1991, Revised Mar. 1993.

Koncz, et al., "GIS–Based Transit Information Bolsters Travel Options", GIS World, Jul. 1995, pp. 62–64.

Helleker, Jan, "Real–Time Traveller Information—in everyone's pocket?"—a pilot test using hand portable GSM terminals, IEEE–IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 49–52.

Burgener, E.C., et al., "A Personal Transit Arrival Time Receiver", IEEE—IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 54–55.

Peng, Zhong–Ren, "A Methodology for Design for a GIS–Based Automatic Transit Traveler Information System", Computer, Environment and Urban Systems, vol. 21, No. 5, pp. 359–372, 1997.

Lessard, Robert, "The Use of Computer for Urban Transit Operations", IEEE—IEE Vehicle Navigation & Information systems Conference, Ottawa, VNIS 1993, pp. 586–590.

Sommerville, Fraser, et al., "Reliable Information in Everyone's Pocket—a Pilot Test", IEEE, vol. 1927, Mar. 1994, pp. 425–428.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Specification of Promise Services, Ver. 7", Telematics Application Programme A2, Transport, Jul. 1, 1996.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Generic Promise System Architecture, Ver. 2", Telematics Application Programme A2, Transport, Sep. 10, 1996.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Summary of Promise Public Relation Activities, Ver. 1", Telematics Application Programme A2, Transport, Feb. 12, 1999.

"PROMISE—Personal Mobile Traveller and Traffic Information Service—Abstract", The Institution of Electrical Engineers, 1997.

Sommerville, Fraser, et al., "The Promise of Increased Patronage", The Institution of Electrical Engineers, 1993, pp. 3/1–3/4.

"Automatic Transit Location System", Washington State Department of Transportation, Final Report, Feb. 1996.

"Advanced Traveler Aid Systems for Public Transportation", Federal Transit Administration, Sep. 1994.

"Advanced Vehicle Monitoring and Communication Systems for Bus Transit: Benefits and Economic Feasibility", U.S. Department of Transportation, Urban Mass Transportation Administration, Sep. 1991.

Leong, Robert, et al., "An Unconventional Approach to Automatic Vehicle Location and Control for Urban Transit", IEEE 1989, pp. 219–223.

"1994 Vehicle Navigation & Information Systems Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 807–810.

"Vehicle Navigation & Information Systems Conference Proceedings—P–253, Part 2", Society of Automotive Engineers, Inc., Oct. 1991.

Vehicle Navigation & Information Systems—Conference Record of Papers presented at the 3rd Vehicle Navigation & Information Systems Conference 1992., Reso Hotel, Osio Plaza., pp. 49–52.

Nelson, J. Richard, "Experiences Gained in Implementing an Economical Universal Motorist System", IEEE–IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 67–71.

"The Cassiope/Eurobus Approach", IEEE–IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 79–81.

Kihl, Mary, "Advanced Vehicle Location System for Paratransit in Iowa", IEEE–IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 381–384.

Gault, Helen, et al., "Automatic Vehicle Location and Control at OC Transpo", IEEE–IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 596–600.

Vehicle navigation & Information System—Conference Record of Papers presented at the First Vehicle Navigation and Information Systems Conference (VNIS '89), Sep. 11–13, 1999, pp. 602–605.

Heti, Gabriel, "Travelguide: Ontario's Route Guidance System Demonstration", IEEE–IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. A13–A18.

Jeffery, D.J., et al., "Advanced Traveller Information Systems in the UK: Experience from the Pleiades and Romanse Projects", IEEE–IEE Vehicle Navigation & Information Systems Conference, Ottawa, VNIS 1993, pp. 309–313.

Sweeney, Lawrence, E., et al., "Travinfo: A Progress Report, 1994 Vehicle Navigation & Information Systems Conference Proceedings", Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 315–320.

Shimamura, Yta, et al., "Combined Position Detection System for Pedestrian/Train Mode", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 603–606.

Zavoli, Walt, "Customer Location Services", 1994 Vehicle Navigation & Information Systems Conference Proceedings, Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp.613–617.

Tanaka, Yoshimi, et al., Automatic Traffic Information Provision System Utilizing Facsimile and Telephone (Now Operating in Osaka), 1994 Vehicle Navigation & Information Systems Conference Proceedings , Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. 627–632.

McDonald, Mike, et al., "Romanse (Road Management System for Europe) Project", 1994 Vehicle Navigation & Information Systems Conference Proceedings , Yokahama, Japan, Aug. 31–Sep. 2, 1994, pp. A–11–A–14.

Scott III, Robert H., "Computer–Aided Dispatch,", 1998, pp. 46–50.

Moore, Rodney J., "Hold the Phone!", American Demographics, Ithaca, Jan./Feb. 1996,.p. 68.

Delong, Jr., Edgar S., "Making 911 even better", Telephony, Dec. 14, 1987, pp. 60–63.

Bruzek, Frank J., "Class Calling Service—A Consumer Service Perspective", Globecom '85 IEEE Global Telecommunications Conference, Dec. 2–5, 1985, vol. 1 of 3, pp. 11.4.1–11.4.4

Powell, R., et al., "Real Time Passenger Information System for the Romanse Project", Colloouin Digest—IEE, Boston, Sep. 1993, pp. 9/1–9/3.

Huber, Paul, "Public Transport Information Systems in Munich", Intelligent Transport Systems World Congress '95—Second Wold Congress on Intelligent Transport Systems, Yokohama, Japan, Nov. 9–11. 1995, pp. 2362–2366.

Ronez, Nicholas, et al, "GIS–Based Transit Information Bolsters Travel Options", GIS World, vol. 6, part 7, Jun. 1995, pp. 62–64.

Catling, Ian, et al., "TABASCO—Improving Transport Systems in Europe", Pacific Rim TransTech Conference, Jul. 30–Aug. 2, 1995, 995 Vehicle Navigation & Information Systems Conference Proceedings, Washington State Convention and Trade Center, Seattle, Washington, USA, pp. 503–507.

Dailey, D.J., "Demonstration of an Advance Public Transportation System in the Context of an IVHS Regional Architecture", Proceedings of the First World Congress on Applications of Transport Telematics and Intelligent Vehicle–Highway Systems, Nov. 30, Dec. 3, 1994, Paris, France, pp. 3024–3031.

Hubner, Paul, "Advance Public Transportation Information in Munich", International Conference on Public Transport Electronic Systems, Conference Publication No. 42, Jun. 1996.

Thompson, S.M., et al., "Exploiting Telecommunications to Delivery Real Time Transport Information", Road Transport Information and Control, Apr. 21–23, 1998, pp. 59–63, Conference Publication No. 454 IEE 1998.

Kaminitzer, David, et al., Driver Information Systems: Influencing your Route, IEE Seminar, Mar. 3, 1999, pp. 5/1–5/5.

"Board Cites ATC in Spokane Near Miss", Article in Aviation Week & Space Technology, Mar. 28, 1977, URL: http://www.aviationnow.com.

Shifrin, Carole A., "Gate Assignment Expert System Reduces Delays at United's Hubs", Article in Aviation Week & Space Technology, Jan. 25, 1988.

"United Airlines applies TI's advance technologies to improve gate management at major airports", Article in Business Wire, Inc., Nov. 19, 1987.

Musich, Paula, "Airline Designs Software to move planes, people: Unite Airline's use of Covia Corp.'s Open Systems Manager, Connectivity Section", Article in PC Week, Jun. 7, 1988, vol. 5, No. 23, p. C11.

Stoll, Marilyn, "Systems help Airlines Manage Gate Schedules; Connectivity Supplement", PC Week, Jul. 25, 1988, vol. 5, No. 30, p. C4.

Reddy, Shyamala, "Traveling LAN: United Airlines Networks Its Terminals", Article in The Local Area Network Magazine, Jan. 1990, vol. 5, No. 1, p. 108.

Fisher, Sharon, "Networked Airport Systems help Travelers find their way; United Airlines subsidiary Covia Corp. devices integrated network.", Article in Software Magazine, Mar. 15, 1990, vol. 10, No. 4, p. 31.

Henderson, Danna K., "Automation Takes aim at airports: the power of the networked PC is being unleashed on passenger handling and ramp activities worldwide.", Article in Air Transport Wold, Aug. 1990., vol., 27, No. 8, p. 52.

"United Airlines introduces United Cargo Plug I, a new cargo computer system to serve freight forwarders", Business Wire, Oct. 22, 1990.

**US 7,030,781 B2**

Page 5

Miller, Barry, "Special Report: Airline Equipment, Service Center", Aviation Week & Space Technology, Aug. 25, 1975, p. 51.

Lyon, Mark, W., "Cargo Net Debate Splits Industry", Journal of Commerce, Specials, p. 4, Jul. 27, 1992.

Davies, I.L., et al., "Electronics and the Aeroplane", Proceedings of the Institution of Electrical Engineers, Paper No. 7604, delivered before the IEE Electronics Division, 29th Oct. 1975.

"Global Niche", Flight International, Sep. 26, 1990.

"Real–Time Briefings", Aviation Week and Space Technology, Oct. 13, 1986.

Flanagan, Mike, et al., "Amelia Earhart—Mystery Still Clouds Soaring Achievements", Chicago Tribune, Jul. 5, 1987, Final Edition, p. 5, Tempo Woman.

"Official Airline Guides", Airports®, Nov. 20, 1990, Around Airports, vol. 7, No. 47, p. 485.

"Automation System Gains Acceptance", Aviation Week & Space Technology, Nov. 23, 1992, vol. 137, No. 21, p. 97.

Klass, Philip, "French Testing "Ground–Derived' MLS'", Aviation & Space Technology, Avionics, p. 56, Dec. 15, 1975.

"Forecast Realized for ATC System", Aviation & Space Technology, Mar. 17, 1975, Avionics, p. 168.

Henderson, Danna, et al., "Ionworks: America West Automates·New Phoenix Terminal Fully Integrated System to Handle Customer–Service Demands (America West Airlines Inc) (Includes Related Airline Automation of passenger Service at Airports)", Airport Transport World, May 1, 1991. vol. 62.

3 Pages from a web site search under http://mit.edu/afs/net.mit/edu/project/attic/usa–today/tech/37, Jun. 12, 2003.

"What's New in Passenger Handling Euqipment", Air Transport World, vol. 24, p. 62, Sep. 1987.

"Senator Urges Acceleration of Navstar", Aviation & Space Technology, Avionics, p. 153, Oct. 3, 1983.

"AFSC Broadens Joint Program Efforts", Aviation & Space Technology, System Acquisition, p. 83, Jul. 19, 1976.

Herskovitz, Don, "GPS Insurance Antijamming the System; Brief Article", Journal of Electronic Defense, Dec. 1, 2000, No. 12, vol. 23, p. 41.

Hambly, Richard M., et al., "Aircraft Traffic Management on the Airport Surface Using VHF Data Link for CNS", IEEE AES Systems Magazine, Mar. 1995, pp. 9–13.

Berzins, G., et al., "INMARSAT: Worldwide Mobile Satellite Services on Seas, in Air and on Land", Space Technology, vol. 10, No. 4, pp. 231–237, 1990.

Jenney, L.L., et al., "Man as Manager of Automated Resources in an Advanced Air Traffic System", J. Aircraft, vol. 12, No. 12, Dec. 1975.

"Routing & Scheduling System improvements from RTSI; Routing Technology Software, Inc.; Product Announcement", Modern Brewery Age, vol. 43, No. 3, p. 11S, Jan. 20, 1992.

Yanacek, Frank, "Hitching to the stars; satellites for shipment tracking", Research Information Transportation Journals, Combined, No. 6, vol. 29, p. 16.

Stoll, Marilyn, "For on–the–road firms, hand–held terminals are pivotal. Connectivity", Research Information Transportation Journals, Combined, No. 34, vol. 5, p. C11.

"IBM and Hunt to Market New Truck Tracker; International Business Machines", J.B. Hunt Transport Services; Brief Article, No. 210, vol. 101, p. 4.

Klass, Philip J., "Two Carriers Plan Automatic Data Link", Aviation Week and Space Technology, Air Transport Section, May 23, 2997, p. 36.

"Data Link Evolved Over Three Decades", Aviation Week and Space Technology, Air Transport Section, May 23, 1977, p. 36.

Klass, Philip J., "American to Install Printers in Cockpits", Aviation Week and Space Technology, Avionics, Jul. 21, 1980, p. 56.

Lefer, Henry, "Computers on a boon to E&M, but at a price", Air Transport World, vol. 23, p. 53, Feb., 1986.

Donaghue, J.A., "Choice of Data Link Systems Expands as New Generation Hits the Market", Air Transport World, vol. 20, p. 58, Apr. 1983.

Klass, Philip J., "Digital Network Could Improve Aircraft Links to Operations, ATC", Aviation Week and Space Technology, International Air Transport Section, vol. 131, No. 21, p. 121, Nov. 20, 1989.

Board Cites ATC in Spokane Near Miss, Article in Aviation Week & Space Technology, Safety Section, Mar. 28, 1977, p. 59.

"Vicorp Interactive Systems", Aviation Daily, Aviation Suppliers Section, vol. 309, No. 17, p. 147.

Neumann, Dr. Horst, "ATC Concepts with Extensive Utilization of Automatic Data Processing", pp. 4–1 to 4–9; No Publication or Date Information Provided.

Maxwell, Robert L., "Automation Possibilities in Air Traffic Control", pp. 561–563, No Publication Information or Date Information Available.

"History of GPS", 3 pages, No Publication Information or Date Information Available.

"Road Transport Research—Intelligent Vehicle High Systems—Review of Field Trials", prepared by An OECD Scientific Expert Group, pp. 1–101, Organisation for Economic Co–Operation and Development—No Date Information Available.

Ratcliff, Robert, et al., Transportation Resources Information Processing System (TRIPS), pp. 109–113, No Publication Information or Date Information Available.

Balke, Kevin,, et al., Collection and Dissemination of Real–Time Travel Time and Incident Information with In–Vehicle Communication Technologies, pp. 77–82, No Publication Information or Date Information Available.

* cited by examiner



Fig. 1



Fig. 2



Fig. 3



*Fig. 4A*



**Fig. 4B**



**Fig. 5**



**Fig. 6**

**Fig. 7**

**1**

### NOTIFICATION SYSTEM AND METHOD THAT INFORMS A PARTY OF VEHICLE DELAY

This application is a continuation of application No. 09/992,817, filed Nov. 6, 2001, now U.S. Pat. No. 6,700, 507, which is a continuation of application No. 09/233,795, filed Jan. 19, 1999, now U.S. Pat. No. 6,313,760, which is a continuation of the application No. 08/407,319, filed Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed May 18, 1993, now U.S. Pat. No. 5,400,020.

Each of the aforementioned patents and patent applications is incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention generally relates to data communications and information systems and, more particularly, to advance notification systems and methods for notifying users in advance of the impending arrival of a vehicle or user, for example but not limited to, a bus, train, delivery van, plane, fishing vessel, or other vessel at a particular vehicle stop.

### BACKGROUND OF THE INVENTION

There are many situations when it is desirable for people to know of the approximate arrival time of a particular transportation vehicle shortly before the vehicle is to arrive at a particular destination. For example, a person having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time (information which is oftentimes unavailable) or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example is in the commercial fishing industry, wherein fish markets, restaurants, and other establishments desire to purchase fish immediately upon arrival of a commercial fishing boat at a port. Currently, such establishments, in order to ensure being able to purchase the freshest catch often depend on predetermined schedules of fishing fleets, which are not always accurate or reliable.

Still another example involves school children that ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at particular bus stops at substantially different times from one day to the next. The reason is that school buses are not always the best-maintained vehicles on the roads, frequently operate during rush hour traffic, and must contend with congested urban/ suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, and/or even dark, such conditions can be unhealthy and unsafe for children.

Thus, generally, it would be desirable for a user to know when a vehicle (such as a bus, truck, train, plane, or the like) is (a) a particular time period (for example, number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of miles or height) away from the destination, or (c) at a particular location among a set of location points, so that the user can adjust his/her schedule and avoid arriving too early or too late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems

**2**

have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems of this type. When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

### SUMMARY OF THE INVENTION

An object of the present invention is to overcome the deficiencies and inadequacies of the prior art as noted above and as generally known in the industry.

Another object of the present invention is to provide an advance notification system and method for according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system and method for according advance notification to school students of the impending arrival of a school bus at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system and method for inexpensively according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system that is reliable in operation and flexible in design to permit customization to a particular application.

Briefly described, the present invention is an advance notification system for notifying passengers of an impending arrival of a vehicle as the vehicle progresses along a scheduled route with particular stop locations and corresponding scheduled times of arrival at the stop locations. The advance notification system generally comprises a vehicle control unit (VCU) disposed on each vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with passenger telephones.

The VCU includes a vehicle control mechanism, a vehicle communication mechanism controlled by the vehicle control mechanism, a vehicle clock for tracking elapsed time of the vehicle while on the scheduled route to determine when the vehicle is early, late, and on time along the scheduled route, optional input switches (e.g., start/reset, advance stop number, move stop number back) that can be operated by the vehicle driver to indicate when the vehicle has reached particular stops along the route, and optional sensors (e.g., positioning system input, etc.) for signaling to the vehicle control mechanism when the vehicle is early, late, and on time along the scheduled route. The control mechanism is adapted to initiate calls utilizing the vehicle communication mechanism when the elapsed time and/or traveled distance of the vehicle at any of the particular positions is either ahead or behind the scheduled time and/or distance. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

US 7,030,781 B2

3

The BSCU has a base station communication mechanism and a base station control mechanism for controlling the base station communication mechanism. The base station communication mechanism receives the call from the VCU and receives the amount of time and/or distance in which the vehicle is ahead or behind relative to the schedule. The base station control mechanism causes calls to be made to each of the passengers to be boarded at a particular stop location via the base station communication mechanism prior to the arrival of the vehicle at the particular stop location. In the preferred embodiment, the base station communication mechanism is a wireless communication device, such as a mobile telephone or RF transceiver (includes both transmitter and receiver), for communicating with the vehicle communication mechanism and also comprises at least one telephone for calling passenger telephones.

In accordance with a significant feature of the present invention, the telephone call to advise a passenger of the impending arrival of the vehicle preferably can exhibit a distinctive telephone ring sound so that the call recipient need not answer the telephone in order to receive the message. Moreover, the distinctive telephone ring sound can be coded by any sequence and duration of rings and/or silent periods.

It should be emphasized that while the present invention is particularly suited for application to school buses, there are many other applications. As examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup vehicles, delivery vehicles, fishing vessels, and numerous other transportation vehicles.

Other objects, features, and advantages of the present invention will become apparent from the following specification, when read in conjunction with the accompanying drawings. All such additional objects, features, and advantages are intended to be included herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present invention. Moreover, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a school bus system, as an example, the advance notification system generally comprising vehicle control units (VCU) in communication with a base station control unit (BSCU), which is in turn in communication with passenger telephones;

FIG. 2 is a high level schematic diagram of the VCU of the advance notification system of FIG. 1;

FIG. 3 is a low level block diagram of the VCU of FIGS. 1 and 2;

FIG. 4A is a flow chart of the overall operation of the advance notification system of FIG. 1;

FIG. 4B is a an example of a schedule for a sequence of events illustrating the operation of the advance notification system of FIG. 1;

FIG. 5 is a flow chart of a base station control process for the base station control unit 14 of FIG. 1;

FIG. 6 is a flow chart of a vehicle control process for the VCU of FIGS. 1 and 2; and

FIG. 7 is a flow chart of a telephone call control process for the VCU of FIGS. 1 and 2.

4

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The features and principles of the present invention will now be described relative to preferred embodiments thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth and defined in the claims.

I. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views; FIG. 1 is a schematic diagram of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, a school bus system.

The advance notification system 10 includes, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of passenger telephones 29. As configured in the school bus system 10, a VCU 12 is installed in each of a plurality of school buses 19, all of which communicate with the single BSCU 14. Moreover, the BSCU 14 communicates with the telephones 29 at one or more passenger locations 36, or student homes in the present exemplary application.

A. Vehicle Control Unit

The VCU 12 will now be described with reference to FIGS. 1, 2, and 3. Referring first to FIG. 1, each VCU 12 includes a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, USA. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU 14. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and a receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range.

In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones". These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxicab communications systems.

The microprocessor controller 16 is electrically interfaced with a start/reset switch 21, a move forward switch 22, a move backward switch 23, a clock 24, and, optionally, sensors $25a$–$25d$. Generally, vehicle tracking is accomplished by monitoring the control switches 21–23, the sensors $25a$–$25e$, the power to the controller 16, and a route database (FIG. 5). It is recommended that all of the foregoing features be employed to provide redundant checking.

More specifically, the start/reset switch 21 can be actuated by the bus driver upon starting along the bus's scheduled route to initialize the system 10. The move forward switch 22 can be actuated by the bus driver upon reaching a bus stop in order to inform the VCU 12 that a stop has been made, the details of which will be further described hereinafter. The move backward switch 23 can be actuated by the bus driver at a bus stop if the bus driver has erroneously toggled the move forward switch 22 too many times, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory must be updated. In essence, the move forward

US 7,030,781 B2

5

switch 22 and the move backward switch 23 cause the next stop designation which is displayed on the display module 33 and stored in the VCU 12 to toggle forward and backward, respectively.

The VCU 12 can be configured so that the operation of the start/reset switch 21, the move forward switch, and the move backward switch 23 are purely optional by the bus driver. In this configuration, the sensors 25a–25e automatically accomplish the aforementioned functions of the switches 21–23. However, in certain cases, the bus driver may want to use the switches to override the sensors 25a–25e. One of these cases may be when a student rides a bus only two out of five school days. Rather than program the VCU 12 to track these unnecessary stops, the driver may manually control the stop number by the switches 21–23.

The clock 24 tracks the elapsed time as the bus travels along its scheduled route and feeds the timing information to the microprocessor controller 16.

The display module 33 informs the bus driver as to the number corresponding to the next stop and the time (preferably, in seconds) necessary to reach the next stop. Other types of information may also be displayed on the display module 33. For example, the display module 33 may display the amount of time that the bus 19 is ahead of or behind schedule, the status of the VCU 12 in communication with the BSCU 14, or, upon actuation of the start button 21, that the advance notification system 10 is operating.

The optional sensors 25a–25e include an odometer sensor 25a for determining distance into a route. The sensor 25a can be connected to the bus drive shaft and counts revolutions. This data can be used to determine the stop number.

A door sensor 25b can be used to count the number of door operations (opening/closing) of the front door 24 of the school bus 19, which should correspond with the number of stops.

A swing arm sensor 25c can be implemented to count the number of times the arm operates. This operation should coincide with the number of stops.

A bus stop sign sensor 25d can be utilized to count the number of times the bus stop sign operates. This operation should coincide with the number of stops.

A positioning system 25e can be used to determine the geographical position of the bus 19 on the earth's surface. The positioning system 25e could be the GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other similar position tracking system.

FIG. 2 is a high level schematic circuit diagram of the VCU 12. The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the bus 19 in view and within reach of the bus driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and receiving signals to and from the BSCU 14. Further, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the bus driver for providing information to the bus driver, as described previously.

FIG. 3 is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the operation of the transceiver 18 and the LCD display module 33. A switching element 37, such as an optical isolator (opto isolator) unit 37, provides a buffer between the micropro-

6

cessor controller 16 and the battery 35 as well as switches 21, 22, 23. An EEPROM 43 is provided for storing the control programs (FIGS. 6 and 7) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller 16 for allowing the microprocessor controller to control and transmit signals over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone 18 from the BSCU 14.

B. Base Station Control Unit

The BCSU can be implemented by any conventional computer with suitable processing capabilities. The BCSU 14 can communicate to the homes of students via, for example but not limited to, any of the following interfaces: (a) dialing through multiple port voice cards to the passenger telephones 29; (b) communication using a high-speed switch-computer applications interface (SCAI) to a digital switch operated by a telephone utility company; the SCAI adheres to the conventional OSI model and supports the carrying of application information in an application independent fashion; and (c) communication using an analog display services interface (ADSI) maintained by a telephone utility company. ADSI is a cost effective technology that delivers voice and data information between a telephone terminal and a digital switch or server using existing copper telephone lines.

In the preferred embodiment, the BSCU 14 communicates through multiple port voice cards to passenger telephones 29. In this regard, a set of conventional voice processing cards are utilized for communicating with one or more student homes, as depicted in FIG. 1 as passenger locations 36. The system 10 could be configured to merely call prospective passengers, thus warning them of the impending arrival of a bus 19, as opposed to forwarding both a call and a message. In the preferred embodiment, the BSCU 14 includes at least one communication mechanism 26 and associated line 26', dedicated for communication with the VCUs 12. However, as mentioned previously, the BSCU 14 may be designed to communicate with the VCUs 12 via any suitable wireless communication device, in which case, the BSCU 14 would include a corresponding transceiver having the ability to receive a plurality of signals from the plurality of vehicles 19.

The BSCU 14 also includes at least one, but preferably a plurality of telephones 27 (or other suitable communication interface) with associated telephone lines 27', for making the telephone calls to the passenger locations 36, or in this case, the homes 36 of the students and allow the telephone to ring predefined number of times so that it is not necessary for the telephone to be answered in order for the telephone call to be recognized as that of the advance notification system 10.

The calling program (FIG. 7) associated with the advance notification system 10 can also be configured to make the passenger telephone 29 exhibit a distinctive telephone ring sound, or pattern, so that the call recipient need not answer the telephone in order to receive the message. The distinctive telephone ring can be coded by any sequence and duration of rings and/or silent periods. A standard ring signal that is sent to a telephone from the telephone utility company is typically a periodic electrical analog signal having a frequency of 20 Hz and a peak-to-peak voltage amplitude of −48 volts. The ring signal is asserted on the telephone connection 29' for a predefined time period for ringing the

7

8

telephone. The foregoing time period can be manipulated in order to derive a distinctive sequence and duration of rings and/or silent periods.

Implementation of a distinctive telephone ring can be accomplished by purchasing this feature from a telephone utility company. This feature is widely available to the public. Generally, telephone utility companies operate network switches, now usually digital, that serve as interfaces for telephonic communications. A particular geographic region is typically allocated to a particular switch(s). In essence, one or more distinctive telephone rings can be driven by software running in the switches to a particular telephone. Examples of switches that a recommercially available to telephone utility companies are as follows: a model DMS 100 by Northern Telecom, Canada; a model 5ESS by AT&T, U.S.A.; and a model EWSD by Siemens Stromberg-Carlson Corp., Germany.

The feature for establishing the distinctive telephone ring is sold to the public under several different commercial trade names, depending upon the telephone utility company. Examples are as follows: Call Selector by Northern Telecom, Canada; Ringmaster by Bell South, U.S.A.; Smartlink by SNET, U.S.A.; Multi-ring by Ameritech, U.S.A.; Priority Ring by PacBell, U.S.A.; Priority Call by Cincinnati Bell, U.S.A.; and Ring Me by Standard Telephone Co., U.S.A.

Furthermore, in the case where a parent or a student answers the telephone call from the base station unit 14, a prerecorded message may be played by the BSCU 14. An example of such a message could be: "The bus will arrive in five minutes," as indicated in FIG. 1 at the reference numeral 30.

II. System Operation

A. Initialization

Initially, the bus schedule for each bus 19 is programmed into the advance notification system 10 by having the respective bus driver drive his respective bus one time along the corresponding scheduled bus route at the approximate speed the bus would usually travel on the route and with the bus driver making all the scheduled stops along the route and waiting at each stop for the approximate time it would take for all the students at that stop to board the bus 19. As the bus driver drives the bus 19 along the route for initialization purposes, the internal real time clock 24 runs and the bus driver actuates the switches 21, 22, 23 as required in accordance with the principles described previously. The timing information is recorded in the memory (RAM 44 and EEPROM 43) of the VCU 12.

The timing information which is recorded during the initialization of the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a bus 19 is early or late at each of the bus stops. In the preferred embodiment, determining the status (i.e., early, on time, late) of a bus 19 is accomplished by comparing the time at which a bus 19 actually departs from a stop to the scheduled time of departure.

However, it should be emphasized that other methodologies could be utilized for determining whether the bus 19 is early or late at an instance in time. For example, the odometer 25a of the bus 19, as indicated by phantom lines in FIG. 1, could be monitored by the microprocessor controller 16. At particular times, the odometer mileage reading could be compared to reference odometer mileage readings which were obtained during the initialization of the system 10. In this way, the determination of whether a bus 19 is early or late can occur at any time during a bus route and can occur as many times as desired.

Another methodology which could be utilized for determining whether the bus 19 is early or late involves interfacing the VCU 12 with the positioning system 25e, as shown in FIG. 1 by phantom lines. From the geographical position data received from the positioning system 25e, the microprocessor controller 16 could determine where the bus 19 is situated on the earth at any given time. The bus location at a particular time could then be compared with scheduled locations and scheduled times in order to determine whether the bus 19 is early or late and by what amount.

B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to FIGS. 4A and 4B. FIG. 4A sets forth a flow chart showing the overall operation after the system 10 has been initialized. FIG. 4B shows an example of a schedule of possible events and the interactions which might occur between the VCU 12 and the BSCU 14 as the bus 19 travels along its scheduled route and makes its scheduled stops.

In FIG. 4B, the left hand column illustrates the sequence of events for the BSCU 14, and the right hand column illustrates the sequence of events on the VCU 12. Between the right and left hand columns is illustrated a time line for the scheduled bus stops. The time line has the following time designations: ten minutes, sixteen minutes, and twenty-two minutes, all along the scheduled bus route.

First, the bus ignition is switched on, as indicated in FIG. 4A at block 45a. At the beginning of the bus route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12, and further, the unit 12 could be programmed to make initial contact with the BSCU 14 after the bus 19 moves a predefined distance, such as ⅛ mile, as determined by the odometer sensor 25a. This initialization action causes the microprocessor controller 16 to telephone the BSCU 12 to inform the BSCU 12 that the bus 19 is beginning its route and to initialize the BSCU 14 relative to the VCU 12. The foregoing action is indicated at flow chart block 45b (FIG. 4A). Alternatively, the bus driver can press the start/reset switch 21 on the VCU 12 to initialize the VCU 12.

After initialization of the VCU 12, the display module 33 preferably displays "Stop Number 1" followed by the amount of time to reach stop number 1. The time continuously runs as the bus 19 progresses along the bus route.

Next, as indicated at flow chart block 45c (FIG. 4A), the VCU 12 determines, continuously or periodically, if the bus 19 is on time by analyzing the status of devices 21–25 (FIG. 1) in view of planned route data (derived from initialization). In the preferred embodiment, the VCU 12 at least compares its elapsed time from the clock 24 (FIG. 1) with its scheduled time from the planned route data. When the bus 19 is on time, the VCU 12 does not contact the BSCU 14, and the BSCU 14 commences calling students at the predefined time prior to arrival of the bus 19 at the particular bus stop, as indicated in flow chart block 45e (FIG. 4A). In the example of FIG. 4B, at five minutes along the scheduled route, the BSCU 14 places a telephone call to the homes 36 of the school children to be picked up at bus stop number 1.

However, when the VCU 12 determines that the bus 19 is early or late at this juncture, the VCU 12 contacts the BSCU 14, as indicated at flow chart block 45d (FIG. 4A), and the BSCU 14 adjusts its student calling lists accordingly so that the students are called in accordance with the predefined time notice, e.g., five minutes.

Further, as indicated at flow chart block 45f (FIG. 4A), the VCU 12 again determines, continuously or periodically, if the bus 19 is on time by analyzing the devices 21–25 (FIG.

1). Preferably, in this regard, the VCU 12 at least compares its elapsed time with its scheduled time.

Back to the example of FIG. 4B, at ten minutes along the schedule, the bus 19 arrives at the bus stop number 1 and takes one minute to load all the students at this stop onto the bus 19. Just prior to leaving stop 1, the bus driver actuates the move forward switch 22. Upon actuating the move forward switch 22, the display module 33 preferably displays "Stop Number 2" followed by the amount of time to reach stop number 2. The foregoing feedback signal may be generated by one of the sensors 25a–25e so that the bus driver need not actuate the move forward switch 22.

In accordance with flow chart block 45f (FIG. 4A), the microprocessor controller 16 checks the elapsed time of eleven minutes to confirm that such time corresponds to the programmed time for bus stop number 1. It will determine whether the bus 19 is early or late. If the bus 19 is either early or late, the VCU 12 will call the BSCU 14 to inform the unit 14 of this fact, as indicated at flow chart blocks 45g and 45h (FIG. 4A). If the bus 19 is on time, then the VCU 12 will continue to monitor the inputs from devices 21–25, as indicated in flow chart block 45f. In the example of FIG. 4B, it is assumed that the bus 19 is neither early nor late in leaving bus stop number 1.

Because the bus 19 is scheduled to arrive at bus stop number 2 at sixteen minutes along the route, at eleven minutes along the route the BSCU 14 places telephone calls to the homes 36 of the school children who board the bus 19 at bus stop number 2, as indicated in flow chart block 45k (FIG. 4A).

The bus 19 then arrives at bus stop number 2 and commences the boarding of students. However, because one of the school children is running late that particular morning, the bus 19 spends three minutes at bus stop number 2, and, thus, gets three minutes behind schedule. Thus, the bus departs at twenty minutes along the route.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block 45l. If so, then the VCU 12 again monitors its travel status by checking devices 21–25 (FIG. 1), in accordance with flow chart block 45f (FIG. 4A). If not, then the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

In the example of FIG. 4B, upon receiving the information that the bus 19 is late, the microprocessor controller 16 compares the departure time to the scheduled departure time of seventeen minutes, pursuant to flow chart block 45f (FIG. 4A), and determines that the bus 19 is three minutes behind schedule, in accordance with flow chart blocks 45g (FIG. 4A). The microprocessor controller 16 then telephones the BSCU 14 to inform the BSCU 14 that the bus 19 is three minutes behind schedule, as indicated in flow chart block 45h (FIG. 4A). A fleet operator's screen associated with the BSCU 14 is updated to reflect the status of the late bus 19, as indicated at flow chart block 45i (FIG. 4A). Moreover, as indicated at flow chart block 45d (FIG. 4A), the BSCU 14 then reschedules the telephone calls that are to be made to the parents of the students at bus stop number 3 from twenty-two minutes along the route to twenty-five minutes along the route and resets the VCU 12 to seventeen minutes along the route, the scheduled time for the bus to leave bus stop number 2.

At twenty minutes along the route, the BSCU 14 calls the student homes 36 of the students corresponding to bus stop number 3, in accordance with flow chart block 45k (FIG. 4A), to inform them that the bus 19 is five minutes from arriving. At twenty-five minutes along the route, the bus 19

arrives at bus stop 3, takes one minute to load the students on to the bus 19 and then proceeds onto the school.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block 45l. In the example of FIG. 4B, there are no more stops and, accordingly, the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

Finally, worth noting is that the system 10 may be configured so that if a bus 19 becomes delayed by more than a maximum length of time, such as fifteen minutes, the BSCU 14 immediately calls the homes 36 of the remaining students to board the bus 19 in order to notify these homes 36 of the unusual delay and to notify these homes 36 to wait for a notification call.

III. Control Processes

FIGS. 5 through 7 show flow charts pertaining to control processes or algorithms performed in the advance notification system 10 of FIG. 1 in order to achieve the functionality as set forth in FIGS. 4A and 4B as described hereinbefore. These flow charts illustrate the best mode for practicing the invention at the time of filing this document. More specifically, FIG. 5 illustrates a base station control process 46 employed in the BSCU 14, and FIGS. 6 and 7 show respectively a vehicle control process 76 and a telephone call control process 101 implemented in the VCU 12. The foregoing control processes are merely examples of plausible control algorithms, and an infinite number of control algorithms may be employed to practice the present invention. Furthermore, it should be noted that the base station control process 46 of FIG. 5 is implemented via software within any conventional computer system, and the vehicle control process 76 of FIG. 6 and the telephone call control process 101 of FIG. 7 are both implemented via software stored within memory and are run by the microprocessor controller 16. However, these control operations need not be implemented in software and could be implemented perhaps in hardware or even manually by human interaction.

A. Base Station Control Process

With reference to FIG. 5, the base station control program 46 essentially comprises two control subprocesses which run concurrently, namely, (a) a vehicle communications process 47 and (b) a student calling process 48. The vehicle communications process 47 will be described immediately hereafter followed by the student calling process 48.

1. Vehicle Communications Process

The vehicle communications process 47 initially waits for a telephone call from one of the VCUs 12 located on one of the plurality of buses 19, as indicated by a flow chart block 51. The vehicle communications process 47 is preferably capable of monitoring a plurality of telephone connections 26′ for receiving information from a plurality of buses 19. As the number of buses 19 is increased, the number of telephone connections 26′ which are monitored by the vehicle communications program 47 should also be increased to an extent.

After the start of a bus 19 along its route, the respective VCU 12 will initiate a telephone call to the BSCU 14, as indicated by the telephone bell symbol 52. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in a flow chart block 53. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12, and vice versa.

Next, as shown in a flow chart block 54, the BSCU 14 asks the VCU 12 for information regarding (a) the time into the route and (b) the number designating the next stop. In

US 7,030,781 B2

11

addition, route data 56 is obtained from a local data base. The route data 56 includes information pertaining to each bus stop and how much time it should take to reach each bus stop during the route. From the route data 56 and the information (a) and (b) received from the VCU 12, the BSCU 14 can determine whether the bus 19 is late or early, as indicated by flow chart blocks 57, 58, or whether the bus 19 has just started its route, as indicated by a flow chart block 59. In the case where the bus 19 is late, the BSCU 14 advises the VCU 12 to reset its on-board clock 24 back so that it thinks it is on time, as indicated in a flow chart block 61. In the case where the bus 19 is early, the BSCU 14 advises the VCU 12 to move its on-board clock 24 forward so that the VCU 12 thinks it is on time, as indicated in flow chart block 62. Moreover, in the situation where the bus 19 has just started its route and the telephone call is essentially the first call of the route, the base station clock 28 and the on-board vehicle clock 24 are synchronized, as indicated in a flow chart block 63.

Finally, as shown in a flow chart block 64, the BSCU 14 informs the VCU 12 to terminate the telephone call, which was initiated in the flow chart block 51. The vehicle communications program 47 then proceeds once again to the flow chart block 51, where it will remain until receiving another telephone call from the bus 19.

Worth noting from the foregoing discussion is the fact that the BSCU 14 is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the bus 19 is at the start of a route or when the bus 19 is either early or late during the route. Further, it should be noted that the VCU 12 communicates to the BSCU 14 only (a) when the bus 19 is at the start of a route, (b) when the bus 19 is either early or late during the route, and (c) when the bus 19 completes its route, so as to minimize the amount of time on the mobile telephone network and associated costs thereof.

2. Student Calling Process

As previously mentioned, the student calling process 48 runs concurrently with the vehicle communications process 47 within the BSCU 14. In essence, the student calling process 48 uses the timing information retrieved from the bus 19 by the vehicle communications process 47 in order to call students and inform them of the approaching bus 19. A student list 66 is locally accessible from a local data base by the BSCU 14 and comprises information regarding (a) student names, (b) student telephone numbers, and (c) the time into a bus route when a student should be called via telephone. In accordance with the student calling process 48, as indicated in a flow chart block 67, the student list 66 is consulted as time progresses and telephone numbers are retrieved. When a particular time for calling a particular student is reached, the student calling process 48 initiates a telephone call to the particular student, as shown in flow chart blocks 68, 69. The telephone call can be made by using a distinctive telephone ring or a predefined number of rings, as described previously. Moreover, the particular time is fully selectable by programming.

Also worth noting is that the process can also include a feature for monitoring calls to be placed in the future. In accordance with this feature, upon anticipation of a heavy load of calls, some of the calls would be initiated earlier than the originally scheduled, corresponding call time.

After the bus route has been completed by the bus 19, the particular bus and bus route are removed from consideration, as indicated by flow chart blocks 71, 72. Otherwise, the

12

student calling program 48 returns to the student list 66 and searches for the next student to be called.

As further shown in FIG. 5, an event list 73 is maintained for diagnostics and system monitoring. The event list 73 receives data from both the vehicle communications process 47 and the student calling process 46. The event list 73 essentially comprises records of, among other things, all telephone calls and all past and current bus locations.

B. Vehicle Control Process

Reference will now be made to the vehicle control process 76 shown in FIG. 6. Initially, as indicated in the flow chart block 77 of the vehicle control process 76, the VCU 12 runs through an initiation procedure in which the first stop number is retrieved, the stop time (time necessary to travel to the next stop) is retrieved, and the time into the route as indicated by the clock 24 is set at zero and the clock 24 is started. After the foregoing initialization procedure, a call is initiated via the transceiver 18 to the BSCU 14, as indicated by the bell symbol 78. After the connection, the VCU 12 and the BSCU 14 exchange information as described hereinbefore and which will be further described hereinafter relative to FIG. 7.

Next, as shown in FIG. 6, the vehicle control process 76 begins a looping operation wherein the VCU 12 continuously monitors the switches 21–23, clock 24, and sensors 25a–25e, if present, to determine whether the bus 19 is early or late. As mentioned previously, the vehicle control process 76 initiates a call only at start-up of a route, or when the bus 19 is either early or late, and not when the bus 19 is on time.

While in the main looping operation, a determination is first made as to whether the bus 19 has reached the end of the route, as indicated in a decisional flow chart block 81. If the bus 19 is at the end of its route, then the vehicle control process 76 stops, as indicated in a flow chart block 82, and does not start unless the start/reset switch 21 is triggered by the bus driver. Otherwise, the process 76 continues and makes a determination as to whether the bus 19 is late for the next stop, as indicated in a decisional flow chart block 83. In the preferred embodiment, the bus 19 is considered late if the bus 19 arrives at a stop more than a predetermined late time period, such as 50 seconds, after when it should have arrived. If the bus 19 is late, then a call is initiated to the BSCU 14, as shown by a bell symbol 84 in FIG. 7.

If the bus is not late, then the process 76 determines whether any of the switches 21, 22, 23 have been actuated, as indicated in a decisional flow chart block 86. If none of the switches 21, 22, 23 have been actuated, then the process 76 will loop back around and begin flow chart block 81 once again. Otherwise, if actuation of a switch 21, 22, 23 is detected, then the process 76 will determine which of the switches 21, 22, 23 has been actuated.

First, the process 76 will determine whether the move forward switch 22 has been actuated, as indicated in the decision flow chart block 87. If the bus driver has actuated the move forward switch 22, then the VCU 12 will retrieve the next stop number and corresponding stop time, as indicated in flow chart block 88, from a local data base having the route data 56. Moreover, a decision will be made as to whether the bus 19 is early for that particular stop, as indicated in the decision flow chart block 91. In the preferred embodiment, the bus 19 is considered early if the bus 19 arrives at a stop more than a predetermined early time period, such as 50 seconds, earlier than when it should have arrived. If the bus is not early, then the process 76 will loop back and proceed again with the flow chart block 81. Otherwise, a call will be initiated to the BSCU 14 to inform the unit 14 that the bus 19 is early, as illustrated by bell symbol 92 in FIG. 7.

US 7,030,781 B2

13

In the event that the bus driver has not actuated the move forward switch 22, the process 76 proceeds to a decisional flow chart block 93 wherein the process 76 determines whether the move backward switch 23 has been actuated by the bus driver. If the move backward switch 23 has been actuated, then the process 76 obtains the previous stop number and stop time, as indicated in flow chart block 94, displays these values on the display screen, and loops back to begin again with the flow chart block 81.

In the event that the bus driver has not actuated the move backward switch 23, then the process 76 determines whether the bus driver has actuated the start/reset switch 21, as indicated in the decisional flow chart block 96. If the start/reset switch 23 has not been actuated by the bus driver, then the process 76 loops back and begins again with the flow chart block 81. Otherwise, the process 76 loops back and begins again with the flow chart block 77.

C. Telephone Call Control Process

When a telephone call is initiated by the VCU 12 as indicated by the call symbols 78, 84, 92, the VCU 12 follows a telephone call control process 101 as illustrated in FIG. 7. Initially, the telephone number corresponding with the BSCU 14 is obtained from the EEPROM 43, as indicated in a flow chart block 102. Other information is also obtained, including among other things, the particular bus number, bus serial number, and bus route. Next, the control process 101 sets a time out variable to keep track of how many times a telephone connection has been initiated. The number n of allowable attempts is predetermined and is stored in the EEPROM 43.

After the time out variable has been implemented as indicated in the flow chart block 103, the VCU call control program 101 causes the transceiver 18 to be called, as indicated in the flow chart block 104. The control process 101 requires the VCU 12 to wait for a response from the BSCU 14. If the VCU 12 does not receive a response within a predetermined time out period, preferably 20 seconds, then the control process 101 loops back and begins again at the flow chart block 103. Otherwise, when the control process 101 determines that a response has been received, a validation procedure ensues, as indicated in a flow chart block 108. The validation process indicated at the flow chart block 108 is that which was described previously relative to the flow chart block 53 of FIG. 5. Essentially, it involves the exchange of symbols in order to assure a proper connection.

At the commencement of the validation process, another time out variable is set and will trigger termination of the telephone connection after a predetermined time period has run. The initiation of the time out variable and monitoring of the same is indicated in FIG. 7 at flow chart block 111. If the time out variable triggers termination of the telephone connection, then the control process 101 will hang up and end the call, as illustrated by a flow chart block 114. Otherwise, when the validation procedure has fully commenced, commands are passed from the BSCU 14 to the VCU 12, as shown by a flow chart block 112. Commands which may be sent to the VCU 12 include, for example, the following: (1) Is the bus 19 either early or late?; (2) Reset the vehicle clock 24; (3) Record new information in the EEPROM 43. It should be emphasized that the BSCU 14 may change the route information contained within the EEPROM 43 of the particular bus 19. The foregoing features enables extreme flexibility of the advance notification system 10.

Furthermore, the control process 101 determines whether the BSCU 14 has finished its communication over the mobile telephone, as indicated in a flow chart block 113.

14

Again, the VCU call control program 101 utilizes another time out variable to determine whether the BSCU 14 has finished. After the predetermined time period of the time out variable, the control process 101 will assume that the BSCU 14 has terminated its communication, and accordingly, the control process 101 will hang up the telephone, as indicated in a flow chart block 114. Otherwise, the control process 101 will loop back and begin with the flow chart block 111 in order to accept another command from the BSCU 14.

What is claimed is:

1. A method, comprising the steps of:

monitoring travel data associated with the vehicle;

comparing planned timing of the vehicle along a route to updated vehicle status information;

contacting a user communications device before the vehicle reaches a vehicle stop along the route; and

informing the user of the vehicle delay with respect to the vehicle stop and of updated impending arrival of the vehicle at the vehicle stop, based upon the updated vehicle status information and the planned timing.

2. A system, comprising:

means for monitoring travel data associated with a vehicle;

means for comparing planned timing of the vehicle along a route to updated vehicle status information;

means for contacting a user communications device before the vehicle reaches a vehicle stop along the route; and

means for informing the user of the vehicle delay with respect to the vehicle stop and of updated impending arrival of the vehicle at the vehicle stop, based upon the updated vehicle status information and the planned timing.

3. The method of claim 1, wherein the comparing step includes the step of evaluating the vehicle's current location to a scheduled location in order to determine if the vehicle is on time or late.

4. The method of claim 1, wherein the step of comparing includes the step of evaluating the vehicle's progress along the route in terms of time with respect to a scheduled time that the vehicle should reach a location.

5. The method of claim 1, wherein the route has a plurality of vehicle stops and wherein the comparing step is performed based upon the vehicle's progress along the stops of the route.

6. The method of claim 1, wherein the travel data comprises scheduled stop information.

7. The method of claim 6, further comprising the step of updating the scheduled stop information based upon tracking information pertaining to the vehicle.

8. The method of claim 1, wherein the method is performed by a computer system that is a single computer or that comprises a distributed architecture with a plurality of computers that are communicatively coupled.

9. The method of claim 2, wherein the means for comparing includes a means for evaluating the vehicle's current location to a scheduled location in order to determine if the vehicle is on time or late.

10. The method of claim 2, wherein the means for comprising includes a means for evaluating the vehicle's progress along the route in terms of time with respect to a scheduled time that the vehicle should reach a location.

11. The system of claim 2, wherein the route has a plurality of vehicle stops and wherein the means for comparing analyzes the vehicle's progress along the stops of the route.

US 7,030,781 B2

15

**12**. The system of claim **2**, wherein the travel data comprises scheduled stop information.

**13**. The system of claim **12**, further comprising a means for updating the scheduled stop information based upon tracking information pertaining to the vehicle.

16

**14**. The system of claim **2**, wherein the system is a single computer or comprises a distributed architecture with a plurality of computers that are communicatively coupled.

* * * * *